# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# NORTHERN DIVISION

**FEDERAL TRADE COMMISSION**,

    Plaintiff,

v.

**KEY INVESTMENT GROUP**, et al.,

    Defendants.

Case No. 1:25-cv-02716-GLR

## JOINT MOTION FOR ENTRY OF PROPOSED BRIEFING SCHEDULE

Plaintiff, the Federal Trade Commission ("Plaintiff") and Defendants Key Investment Group LLC, TotalTickets.com LLC, Totally Tix LLC, Front Rose Tix LLC, WLK Investments LLC, Yair D. Rozmaryn, Elan N. Rozmaryn, and Taylor Kurth (collectively, "Defendants"), by and through their respective undersigned counsel, have conferred and submit this Joint Motion to enter the Proposed Briefing Schedule pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 105.9 as set forth below:

| | |
|---|---|
| **Defendants' Motion to Dismiss** | **October 10, 2025** |
| **Plaintiff's Opposition** | **November 10, 2025** |
| **Defendants' Reply** | **November 24, 2025** |

As the Parties have consented to the Proposed Briefing Schedule, and for the reasons set forth in more detail in the accompanying Memorandum of Law, the Court should respectfully grant the Joint Motion.

Dated: September 5, 2025

<table>
<tr><td>

*/s/ Simon Barth*
Simon Barth
P. Connell McNulty
Molly Rucki
FEDERAL TRADE COMMISSION
600 Pennsylvania Ave. NW
Washington, D.C. 20580
Tel.: (202) 326-3317
sbarth@ftc.gov
pmcnulty@ftc.gov
mrucki@ftc.gov

*Counsel for Plaintiff*

</td><td>

*/s/ Bezalel A. Stern*
Bezalel A. Stern (D. Md. Bar No. 20667)
Joshua N. Drian (*pro hac vice* granted)
MANATT, PHELPS & PHILLIPS, LLP
1050 Connecticut Ave. NW, Suite 600
Washington, D.C. 20036
Tel.: (202) 585-6500
bstern@manatt.com
jdrian@manatt.com

*Counsel for Defendants*

</td></tr>
</table>