IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**,<br><br>*Plaintiff,*<br><br>v.<br><br>**KEY INVESTMENT GROUP LLC, et al.**,<br><br>*Defendants.* | **Case No. 1:25-cv-02716-GLR** |

ORDER GRANTING
JOINT MOTION FOR ENTRY OF PROPOSED BRIEFING SCHEDULE

Upon consideration of the Joint Motion for Entry of Proposed Briefing Schedule ("Motion"), it is this __8th_____ day of __September_____, 2025 hereby **ORDERED**, that the Motion is **GRANTED**, and it is further

**ORDERED**, that the Parties' Proposed Briefing Schedule is adopted.

_____/s/_____
Hon. George L. Russell, III
Chief Judge, United States District Court
for the District of Maryland