## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
## NORTHERN DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **KEY INVESTMENT GROUP LLC**, **et al.**, <br><br> Defendants. | Case No. 1:25-cv-02716-GLR |

## MOTION FOR A STAY OF BRIEFING
## IN LIGHT OF LAPSE OF APPROPRIATIONS

The Federal Trade Commission (FTC) hereby moves under Federal Rule of Civil Procedure 6(b) for a temporary stay of all briefing and other deadlines in this case. In support of this motion, counsel for the FTC states as follows:

1. In its September 8, 2025, Order, the Court adopted the parties' proposed briefing schedule for defendants' motion to dismiss. Dkt. No. 23.

2. Under that Order, defendants' motion to dismiss is due on October 10, 2025. The FTC's opposition is due on November 10, 2025, and defendants' reply is due on November 24, 2025. Dkt. Nos. 16 and 23.

3. At the end of the day on September 30, 2025, the continuing resolution that had been funding the FTC expired, and appropriations to the FTC lapsed. The FTC currently lacks appropriated funds to continue operating and does not know when funding will be restored.

4. Absent an appropriation, FTC attorneys and other employees are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

5.      The FTC therefore requests that the Court stay all deadlines in this case until Congress has restored appropriations to the FTC.

6.      If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the FTC.  The FTC requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations.

7.      Under Local Rule 105.9, on October 1, 2025, the FTC gave notice of this motion to defendants' counsel and sought counsel's consent.  Defendants' counsel has informed that FTC that they do not oppose to this motion.

Therefore, although it greatly regrets any disruption caused to the Court and the defendants, the FTC hereby moves for a stay of briefing and all deadlines in this case until FTC attorneys are permitted to resume their usual civil litigation functions.

Dated: October 1, 2025                     Respectfully submitted,

/s/ *P. Connell McNulty*
Simon Barth (MA Bar No. 706122)
P. Connell McNulty (PA Bar No. 87966)
600 Pennsylvania Avenue, NW
Washington, DC 20580
Ph: 202-326-3317 (Barth); 2061 (McNulty)
Email: sbarth@ftc.gov; pmcnulty@ftc.gov

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

**CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2025, I caused the foregoing Motion for a Stay of Briefing in Light of Lapse of Appropriations, proposed order, and supporting memorandum of law to be served on the following via the Court's ECF system:

Bezalel A. Stern, Esq.
Joshua N. Drian, Esq.
MANATT, PHELPS & PHILLIPS, LLP
1050 Connecticut Ave. NW, Suite 600
Washington, D.C. 20036
Tel.: (202) 585-6500
bstern@manatt.com
jdrian@manatt.com

Counsel for Defendants

/s/ *P. Connell McNulty*
P. Connell McNulty