**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

|  |  |
|---|---|
| **FEDERAL TRADE COMMISSION,** | |
| *Plaintiff,* | **Case No. 1:25-cv-02716-GLR** |
| **v.** | |
| **KEY INVESTMENT GROUP LLC, et al.,** | |
| *Defendants.* | |

## DEFENDANTS' REQUEST FOR ORAL ARGUMENT

Defendants respectfully request that the Court allow oral argument on their Motion to Dismiss. Defendants requests that each side be permitted forty-five (45) minutes to present, or such other time as may be useful to the Court.

Dated: November 24, 2025                    Respectfully submitted,

                                            */s/ Bezalel A. Stern*
                                            Bezalel A. Stern (D. Md. Bar. No. 20667)
                                            Joshua N. Drian (*pro hac vice*)
                                            MANATT, PHELPS & PHILLIPS, LLP
                                            1050 Connecticut Ave. NW, Suite 600
                                            Washington, D.C. 20036
                                            Tel.: (202) 585-6500
                                            bstern@manatt.com
                                            jdrian@manatt.com

                                            *Counsel for Defendants*