**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** | |
| *Plaintiff,* | **Case No. 1:25-cv-02716-GLR** |
| **v.** | |
| **KEY INVESTMENT GROUP LLC, et al.,** | |
| *Defendants.* | |

**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE**

PLEASE TAKE NOTICE that Key Investment Group, TotalTickets.com LLC, Totally Tix LLC, Front Rose Tix LLC, WLK Investments LLC, Yair D. Rozmaryn, Elan N. Rozmaryn, and Taylor Kurth (collectively, "KIG"), by and through undersigned counsel, respectfully request that the Court take judicial notice of the following documents, in connection with KIG's Motion to Dismiss the Federal Trade Commission's Complaint. True and correct copies of the documents are attached hereto as **Exhibits 1-6**,

KIG's Motion to Dismiss references materials not subject to reasonable dispute. Those materials are either: (1) directly referenced in the Complaint, (2) publicly available from federal government sources, or (3) are matters of public record whose accuracy cannot reasonably be questioned. Specifically, KIG requests judicial notice of:

**Exhibit 1:** White House Video regarding the execution of Executive Order 14254 titled *Trump is joined by Kid Rock for the signing of an EO targeting unfair scalping of concert tickets*, dated March 31, 2025 and available at https://www.whitehouse.gov/videos/trump-is-joined-by-kid-rock-for-the-signing-of-an-eo-targeting-unfair-scalping-of-concert-tickets/ (last accessed

November 23, 2025).

**Exhibit 2**: The Federal Trade Commission's blog post titled *BOTS Act: That's the Ticket!*, dated April 7, 2017 and available at https://www.ftc.gov/business-guidance/blog/2017/04/bots-act-thats-ticket (last accessed November 20, 2025).

**Exhibit 3**: The White House Fact Sheet on the BOTS Act titled *Fact Sheet: President Donald J. Trump Will End Price-Gouging by Middlemen in the Entertainment Industry*, dated March 31, 2025 and available at https://www.whitehouse.gov/fact-sheets/2025/03/fact-sheet-president-donald-j-trump-will-end-price-gouging-by-middlemen-in-the-entertainment-industry/ (last accessed November 20, 2025).

**Exhibit 4:** The Federal Trade Commission's blog post titled *FTC Sues Live Nation and Ticketmaster for Engaging in Illegal Ticket Resale Tactics and Deceiving Artists and Consumers about Price and Ticket Limits*, dated September 18, 2025 and available at https://www.ftc.gov/news-events/news/press-releases/2025/09/ftc-sues-live-nation-ticketmaster-engaging-illegal-ticket-resale-tactics-deceiving-artists-consumers (last accessed November 20, 2025).

**Exhibit 5**: The New York Times article titled *Congress Moves to Stop Ticket Scalping, Banning Bots Used Online*, dated December 8, 2016 and available at https://www.nytimes.com/2016/12/08/business/media/ticket-scalping-bots-act.html (last accessed November 19, 2025); Billboard article titled *President Obama Signs Anti-Scalping Bill Into Law*, dated December 15, 2016 and available at https://www.billboard.com/music/music-news/president-obama-signs-bots-act-law-7625257/ (last accessed November 24, 2025); IQ Live Music Intelligence article titled *Obama Signs Bots Act Into Law*, dated December 16, 2016 and available at https://www.iqmagazine.com/2016/12/obama-signs-bots-act-law/ (last accessed

2

November 19, 2025).

**Exhibit 6**: Email dated March 10, 2021 from support@emburse.com with the subject "BOTS Act Notification – Emburse Cards."

## LEGAL STANDARDS

Under the Federal Rules of Evidence, a Court may "judicially notice a fact that is not subject to reasonable dispute" when such facts "(1) [are] generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b).[1]

**Exs. 1-4**: As the Fourth Circuit has made clear, courts "routinely take judicial notice of information contained on state and federal government websites." *United States v. Garcia*, 855 F.3d 615, 621 (4th Cir. 2017).

**Ex. 5**: This principle extends to other publicly available materials, with courts "routinely tak[ing] judicial notice of newspaper articles . . . and press releases in order to assess what the market knew at particular points in time, even where the materials were not specifically referenced in the complaint." *In re Human Genome Scis. Inc. Secs. Litig.*, 933 F. Supp. 2d 751, 758 (D. Md. 2013).

**Ex. 6**: "[A] court may properly consider documents explicitly incorporated into the complaint by reference . . . without converting the motion to dismiss to one for summary judgment." *State Farm Mut. Auto. Ins. Co. v. Slade Healthcare, Inc.*, 381 F. Supp. 3d 536, 552 (D. Md. 2019) (quotation omitted). *See also Goines v. Valley Cmty. Servs. Bd.*, 822 F.3d 159, 166 (4th Cir. 2016) (on a motion to dismiss, a court may "consider documents that are explicitly incorporated into the complaint by reference").

---

[1] FED R. EVID. 201(c)(2) (The court "must take judicial notice if a party requests it and the court is supplied with the necessary information.").

The above-referenced exhibits are precisely the type of materials courts in this Circuit routinely judicially notice.

**WHEREFORE**, KIG respectfully requests the Court take judicial notice of Exhibits 1-6, attached hereto.


Dated: November 24, 2025                    Respectfully submitted,

                                            _/s/ Bezalel A. Stern_
                                            Bezalel A. Stern (D. Md. Bar. No. 20667)
                                            Joshua N. Drian (*pro hac vice*)
                                            MANATT, PHELPS & PHILLIPS, LLP
                                            1050 Connecticut Ave. NW, Suite 600
                                            Washington, D.C. 20036
                                            Tel.: (202) 585-6500
                                            bstern@manatt.com
                                            jdrian@manatt.com

                                            *Counsel for Defendants*

# EXHIBIT 1

11/23/25, 1:15 PM          Trump is joined by Kid Rock for the signing of an EO targeting unfair scalping of concert tickets – The White House

Case 1:25-cv-02716-GLR     Document 33-3     Filed 11/24/25     Page 6 of 27



President Trump is joined in the Oval Office by Kid Rock for the signing of an executive order targeting unfair scalping of concert tickets:

"This is a great first step."

## EXPLORE MORE VIDEOS

# EXHIBIT 2



**FEDERAL TRADE COMMISSION**
PROTECTING AMERICA'S CONSUMERS

Business Blog

# BOTS Act: That's the ticket!

By: Lesley Fair   |   April 7, 2017    🅕   𝕏   in

It used to be a rite of passage: spending the night in a line outside the box office to score tickets to the Stones, Springsteen, or [insert your favorite group here]. The convenience of internet ticket sales ended the sleeping-on-the-sidewalk ritual. But online ticket sales raised another concern: Were prospective buyers losing out to computer programs that scooped up the best seats only to resell them at inflated prices? Congress responded to that issue by passing the Better Online Ticket Sales Act of 2016.

It's no coincidence that it's called the BOTS Act because the law outlaws the use of computer software like bots that game the ticket system. Specifically, the BOTS Act makes it illegal to "circumvent a security measure, access control system, or other technological control or measure on an Internet website or online service that is used by the ticket issuer to enforce posted event ticket purchasing limits or to maintain the integrity of posted online ticket purchasing order rules."

The BOTS Act addresses more than just buying tickets illegally. Congress also made it illegal to sell tickets obtained in violation of the statute if the seller participated in the illegal purchase or knew or should have known that the tickets were acquired in violation of the law.

The law applies to public concerts, theater performances, sporting events, and similar events at venues with seating capacity of over 200. The State AGs and the FTC have enforcement authority.

That's a brief recap that could fit on the back of a ticket. If you have clients interested in this issue, you'll want to read the BOTS Act in its entirety. And remember that many states also have laws relating to ticket sales.

**Tags:** Consumer Protection  |  Bureau of Consumer Protection  |  Advertising and Marketing  |  Online Advertising and Marketing  |  Advertising and Marketing Basics

# EXHIBIT 3

Case 1:25-cv-02716-GLR    Document 33-3    Filed 11/24/25    Page 10 of 27

☰    *The* WHITE HOUSE    🔍

⬉ **FACT SHEETS**

## Fact Sheet: President Donald J. Trump Will End Price-Gouging by Middlemen in the Entertainment Industry

The White House

March 31, 2025

**SUPPORTING AMERICA'S LIVE ENTERTAINMENT INDUSTRY:** Today, President Donald J. Trump signed an Executive Order to protect fans from exploitative ticket scalping and bring commonsense reforms to America's live entertainment ticketing industry.

- The Order directs the Federal Trade Commission (FTC) to:
  - Work with the Attorney General to ensure that competition laws are appropriately enforced in the concert and entertainment industry.
  - Rigorously enforce the Better Online Ticket Sales (BOTS) Act and promote its enforcement by state consumer protection authorities.
  - Ensure price transparency at all stages of the ticket-purchase process, including the secondary ticketing market.
  - Evaluate and, if appropriate, take enforcement action to prevent unfair, deceptive, and anti-competitive conduct in the secondary ticketing market.

- The Order directs the Secretary of the Treasury and Attorney General to ensure that ticket scalpers are operating in full compliance with the Internal Revenue Code and other applicable law.

- Treasury, the Department of Justice, and the FTC will also deliver a report within 180 days summarizing actions taken to address the issue of unfair practices in the live concert and entertainment industry and recommend additional regulations or legislation needed to protect consumers in this industry.

**ADDRESSING UNFAIR PRACTICES IN THE TICKET MARKETPLACE:** President Trump is committed to making arts and entertainment that enrich Americans' lives as accessible as possible.

Case 1:25-cv-02716-GLR    Document 33-3    Filed 11/24/25    Page 11 of 27

- America's live concert and entertainment industry has a total nationwide economic impact of $132.6 billion and supports 913,000 jobs. But it has become blighted by unscrupulous middle-men who impose egregious fees on fans with no benefit to artists.

- Ticket scalpers use bots and other unfair means to acquire large quantities of face-value tickets, then re-sell them at an enormous markup on the secondary market, price-gouging consumers and depriving fans of the opportunity to see their favorite artists without incurring extraordinary expenses.
    - By some reports, fans have paid as much as 70 times the face value of a ticket price to obtain a ticket.
    - When this occurs, the artists do not receive any additional profit—it goes solely to the scalper and the ticketing agency.

- While the BOTS Act—meant to stop scalpers from using bots to purchase tickets—has been on the books for over 8 years, the FTC has only once taken action to enforce this law.

**PROTECTING AMERICAN CONSUMERS:** President Trump believes that Americans shouldn't be subjected to exploitative pricing and unfair fees.

- This Executive Order tackles an issue President Trump highlighted on the campaign trail, where he vowed to work on combating high ticket prices and described the current climate, where fans are priced out, as "very unfortunate."

- It builds on other actions President Trump has already taken since returning to office to protect American consumers.
    - He terminated New York City's congestion pricing scheme that hurt everyday Americans such as workers and small business owners.
    - He signed an Executive Order to empower patients with clear, accurate, and actionable healthcare pricing information.
    - He formally directed the whole administration to focus on price relief for American families to defeat the cost-of-living crisis.

# EXHIBIT 4

11/20/25, 9:14 AM    FTC Sues Live Nation and Ticketmaster for Engaging in Illegal Ticket Resale Tactics and Deceiving Artists and Consumers about …

Case 1:25-cv-02716-GLR    Document 33-3    Filed 11/24/25    Page 13 of 27



**FEDERAL TRADE COMMISSION**
PROTECTING AMERICA'S CONSUMERS

For Release

# FTC Sues Live Nation and Ticketmaster for Engaging in Illegal Ticket Resale Tactics and Deceiving Artists and Consumers about Price and Ticket Limits

Agency alleges Ticketmaster used deceptive pricing tactics and earned hundreds of millions selling tickets acquired illegally by brokers, costing consumers billions of dollars in inflated prices and additional fees

September 18, 2025

Tags: Consumer Protection | Regional Offices | Midwest Region | Bureau of Consumer Protection | deceptive/misleading conduct | Entertainment | Advertising and Marketing

The Federal Trade Commission and seven states sued Live Nation and Ticketmaster for tacitly coordinating with brokers and allowing them to harvest millions of dollars worth of tickets in the primary market. Live Nation and Ticketmaster then sell the illegally harvested tickets at a substantial markup in the secondary market, causing consumers to pay significantly more than the face value of the ticket.

The FTC further alleged in a complaint that California-based Ticketmaster LLC and its parent company Live Nation Entertainment, Inc., (collectively "Ticketmaster") deceived artists and consumers by engaging in bait-and-switch pricing through advertising lower prices for tickets than what consumers must pay to purchase tickets; deceptively claimed to impose strict limits on the number of tickets that consumers could purchase for an event, even though ticket brokers routinely and substantially exceeded those limits; and sold millions of tickets, often at much higher cost to consumers, on its resale platform that those brokers obtained in excess of artists' ticket limits.

11/20/25, 9:14 AM    FTC Sues Live Nation and Ticketmaster for Engaging in Illegal Ticket Resale Tactics and Deceiving Artists and Consumers about …

Case 1:25-cv-02716-GLR    Document 33-3    Filed 11/24/25    Page 14 of 27

"President Donald Trump made it clear in his March Executive Order that the federal government must protect Americans from being ripped off when they buy tickets to live events," said FTC Chairman Andrew N. Ferguson. "American live entertainment is the best in the world and should be accessible to all of us. It should not cost an arm and a leg to take the family to a baseball game or attend your favorite musician's show. The Trump-Vance FTC is working hard to ensure that fans have a shot at buying fair-priced tickets, and today's lawsuit is a monumental step in that direction."

Ticketmaster is the leading provider of tickets for concerts—controlling about 80% or more of major concert venues' primary ticketing—and it also has a growing share of ticket resales in the secondary market. From 2019 to 2024 alone, consumers spent more than $82.6 billion purchasing tickets from Ticketmaster.

The FTC alleges that in public, Ticketmaster maintains that its business model is at odds with brokers that routinely exceed ticket limits. But in private, Ticketmaster acknowledged that its business model and bottom line benefit from brokers preventing ordinary Americans from purchasing tickets to the shows they want to see at the prices artists set.

The FTC's complaint against Ticketmaster alleges that:

- Despite implementing security measures, Ticketmaster is aware that brokers routinely bypass such measures by creating thousands of Ticketmaster accounts and using proxy IP addresses in order to purchase event tickets.

- Ticketmaster nevertheless allows brokers to post these illegally obtained tickets for resale on its platform, then profits from the additional fees and markups it unilaterally adds to the resale tickets.

- In fact, a senior Ticketmaster executive admitted in an internal email that copied Live Nation leadership, that the companies "turn a blind eye as a matter of policy" to brokers' violations of posted ticket limits. For example, an internal review showed that just five brokers controlled 6,345 Ticketmaster accounts and possessed 246,407 concert tickets to 2,594 events.

- Ticketmaster and Live Nation even offer technological support to brokers through a software platform called TradeDesk, which enables brokers to track and aggregate tickets purchased from multiple Ticketmaster accounts into a single interface for simpler resale management. Through TradeDesk, Ticketmaster can identify which high-volume brokers are exceeding ticket limits through the use of hundreds, or even thousands, of Ticketmaster accounts.

11/20/25, 9:14 AM    FTC Sues Live Nation and Ticketmaster for Engaging in Illegal Ticket Resale Tactics and Deceiving Artists and Consumers about …

Case 1:25-cv-02716-GLR    Document 33-3    Filed 11/24/25    Page 15 of 27

- The companies also have consistently declined to deploy additional technology that would more effectively prevent brokers from evading ticket limits because such tactics would decrease their revenue, according to internal company documents. For example, the company in 2021 opted against using third-party identity verification because it was "too effective."

- In addition, Ticketmaster deceived the American people by advertising list prices for tickets that were substantially lower than the actual cost consumers paid after fees and markups were added. The FTC alleged that Ticketmaster hid the mandatory fees, which are as high as 44% of the cost of the ticket, that it didn't add the fees to the price of tickets until the very end of the transaction, and still failed to clearly detail the extra fees before consumers paid for the tickets. The fees totaled $16.4 billion from 2019-2024.

- Despite publicly claiming that they support consumers knowing the "full cost of their tickets from the start," company executives acknowledged internally that Ticketmaster engaged in deceptive pricing and deliberately continued that approach after internal research showed consumers were less likely to purchase tickets when they are informed of the true cost upfront.

The FTC alleges that these practices violate the FTC Act's prohibition on deceptive acts or practices in the marketplace and the Better Online Ticket Sales Act. The FTC is seeking civil penalties against Ticketmaster and any additional monetary relief that that the court finds appropriate.

The Commission vote authorizing the staff to file the complaint was 2-0-1, with Commissioner Melissa Holyoak recused due to her previous work as Utah's Solicitor General. The complaint was filed in the U.S. District Court for the Central District of California.

**NOTE:** The Commission files a complaint when it has "reason to believe" that the named defendants are violating or are about to violate the law and it appears to the Commission that a proceeding is in the public interest. The case will be decided by the court.

The lead staffers on this matter are Elizabeth C. Scott, Taylor H. Arana, and Claire E.W. Stewart from the FTC's Midwest Regional Office.

The Attorneys General of Virginia, Utah, Florida, Tennessee, Nebraska, Illinois and Colorado joined the FTC in bringing this action.

11/20/25, 9:14 AM    FTC Sues Live Nation and Ticketmaster for Engaging in Illegal Ticket Resale Tactics and Deceiving Artists and Consumers about …

Case 1:25-cv-02716-GLR    Document 33-3    Filed 11/24/25    Page 16 of 27

The Federal Trade Commission works to promote competition and protect and educate consumers. The FTC will never demand money, make threats, tell you to transfer money, or promise you a prize. Learn more about consumer topics at consumer.ftc.gov, or report fraud, scams, and bad business practices at ReportFraud.ftc.gov. Follow the FTC on social media, read consumer alerts and the business blog, and sign up to get the latest FTC news and alerts.

## Contact Information

### Media Contact

Juliana Gruenwald Henderson
Office of Public Affairs
202-326-2924

# EXHIBIT 5

**The New York Times**

# *Congress Moves to Curb Ticket Scalping, Banning Bots Used Online*

**By Ben Sisario**

Dec. 8, 2016

With public attention focused on the scourge of online ticket scalping, Congress has passed a bill outlawing bots, or computer programs that let users scoop up the best tickets and resell them at inflated prices.

But will this law be enough to tame an $8 billion secondary ticket market that is increasingly global?

On Wednesday, the House of Representatives passed the Better Online Ticket Sales Act, or BOTS Act, with bipartisan support, following the bill's passage a week ago in the Senate. It will now go to the White House for President Obama's signature.

The bill accomplishes what advocates like Lin-Manuel Miranda, the creator of "Hamilton," have long pushed for. It would make it illegal to circumvent the security measures of ticketing websites, which bots often do, and would give enforcement authority to the Federal Trade Commission. Critics say bots feed a high-priced resale market that pushes tickets out of reach of ordinary consumers, particularly for hot events like "Hamilton."

Ticketmaster has estimated that bots have been used to buy 60 percent of the most desirable tickets to many shows.

Senator Chuck Schumer, Democrat of New York, who was a sponsor of the bill and campaigned for its passage with Mr. Miranda and others, cheered the action by the House.

"With this soon-to-be-new law that will eliminate 'bots' and slap hackers with a hefty fine, we can now ensure those who want to attend shows in the future will not have to pay outrageous, unfair prices," Mr. Schumer said in a statement.

Yet in the trenches of the music industry, there is doubt about how much impact the act will have. The world of bots is shadowy and little understood, with much of the software being developed and even operated overseas, complicating enforcement. And there is an enormous incentive for scalping, which is legal and now largely integrated into the mainstream concert business through sites like StubHub and even Ticketmaster.

"There is only one way to stop the scalping industry, and that's to make it illegal," said Seth Hurwitz, an independent concert promoter and the owner of the 9:30 Club in Washington. "Anything else is just Whac-a-Mole, and grandstanding by politicians."

The passage of the BOTS Act is the result of years of frustration among members of the public as well as artists and producers irritated by an industry that profits from their work. In an interview, Jeffrey Seller, the lead producer of "Hamilton," called scalping "a usurious, parasitic business that only serves to create a new profit center between the artist and the consumer."

This year, an investigation by the New York State attorney general found abuses like a single scalper buying more than 1,000 tickets in under a minute for a U2 concert at Madison Square Garden. Ticket bots are illegal in New York, and last month Gov. Andrew M. Cuomo signed a law increasing penalties for their use.

In Britain and Europe, there has been significant political momentum to reform ticketing laws. The British government commissioned a major report on the scalping industry there, and lawmakers in Italy are considering proposals to curtail ticket reselling after reports that the head of the Italian branch of Live Nation, the global concert company, was funneling tickets directly to the secondary market.

In the United States, that progress has been much slower. While few spoke against the BOTS Act — the National Association of Ticket Brokers, which bars bots among its members, welcomed the bill — ticket scalping has become a standard part of the entertainment economy, and services like StubHub are often welcomed by fans for their convenience. Economists frequently endorse secondary markets as a true demonstration of supply and demand.

Supporters of the BOTS Act believe it could aid law enforcement in ways that were unavailable before. In 2010, federal prosecutors charged a group of men operating as Wiseguy Tickets with fraud for evading online ticketing safeguards in acquiring more than a million tickets that were resold for $25 million in profit. But the case hinged on whether the men had violated federal laws or merely run afoul of TicketMaster's terms of service, and the Wiseguy operators received only probation.

The BOTS Act would make it illegal to bypass an online security system like TicketMaster's.

"Laws don't stop every crime, but the fact that there are new civil penalties for circumventing the technology that tries to keep tickets in the hands of fans will create a disincentive," said Daryl P. Friedman, the chief advocacy and industry relations officer of the National Academy of Recording Arts and Sciences, the organization behind the Grammy Awards, which lobbied for the bill.

Yet even the BOTS Act's biggest supporters acknowledge that as much as they welcome the proposed law, it alone will not end the problems of online ticket scalping.

"Is this the exact bill I would write? No. Is it imperfect? Of course," said Mr. Seller, the "Hamilton" producer. "Is it better than nothing? You bet."

A version of this article appears in print on , Section B, Page 5 of the New York edition with the headline: Bill Is Passed to Ban Bots That Ticket Scalpers Use

# billboard

# billboard

**MUSIC NEWS**                                                                 12/15/2016

# PRESIDENT OBAMA SIGNS ANTI-SCALPING BILL INTO LAW

President Obama makes bots illegal, freeing up tickets for fans over profits.

By **Dan Rys** ⌄



Barack Obama speaks at the opening Keynote during the 2016 SXSW Music, Film + Interactive Festival at Long Center on March 11, 2016 in Austin, Texas.

NEILSON BARNARD/GETTY IMAGES FOR SXSW

---

**TRENDING ON BILLBOARD**

Case 1:25-cv-02716-GLR     Document 33-3     Filed 11/24/25     Page 22 of 27



---

The specter of Donald Trump may be hanging over the Oval Office, but President Obama isn't done just yet. Today, Obama signed into law the Better Online Ticket Sales Act, or the BOTS Act of 2016, which, according to a statement from the White House Press Secretary, will "prohibit the circumvention of control measures used by Internet ticket sellers to ensure equitable consumer access to tickets for certain events."

**EXPLORE**



**(HTTPS://WWW.BILLBOARD.COM/ARTIST/)** **(https://www.billboard.com/artist/)**

---

SEE LATEST VIDEOS, CHARTS AND NEWS

In simpler terms: the law will make it much easier for fans to buy tickets to shows at face value right when they go on sale.

ADVERTISEMENT



Agregar al Carrito

The battle against bots is one that has been raging for some time within the industry, as artists, managers and promoters alike all pushed back against technologies that snapped up large swaths of tickets before flipping them on secondary markets for

vastly inflated prices, cutting out both regular fans and cash-strapped die-hards in the process. The BOTS Act will make those practices illegal and outlaw the sale of tickets obtained through such technologies "if the seller participated in, had the ability to control, or should have known about the violation."

ADVERTISEMENT



"On behalf of artists, venues, teams, and especially fans, Ticketmaster is pleased that the BOTS Act is now a federal law," reads a Ticketmaster statement commending the law. "Ticketmaster worked closely with legislators to develop the BOTS Act and we believe its passage is a critical step in raising awareness and regulating the unauthorized use of Bots."

The bill was originally introduced in February 2015 by U.S. Representatives Paul D. Tonko (D-N.Y.) and Marsha Blackburn (R-Tenn.). But **tensions around the issue intensified (/articles/business/7416096/ticket-bots-illegal-software-music-stars)** over the course of this year, when tickets for tours by **Adele (/artist/278035/adele/chart)** and **Bruce Springsteen (/artist/298448/bruce-springsteen/chart)** disappeared almost instantly after being made available for sale — only to appear at much higher price points on the secondary market — and *Hamilton* founder Lin-Manuel Miranda decried the practice in a *New York Times* op-ed in June titled, "Stop The Bots From Killing Broadway."

ADVERTISEMENT



Earlier this month, the legislation cleared its final hurdle before reaching the president, **passing the House of Representatives (/articles/news/7605100/congress-cracks-down-ticket-bots)** on Dec. 7. The issue has also cropped up overseas, with companies like **StubHub (/articles/business/7408697/british-secondary-ticket-study-competition-markets-authority)** and **Live Nation (/articles/business/7573495/live-nation-italian-secondary-ticketing-market)** becoming the target of investigations in Britain and Italy, among others.

**President Donald Trump Inauguration (/inauguration)**

# Obama signs Bots Act into law

The use of ticket-buying software is now a crime in the entire United States, following the passage into the law of the Bots Act on Wednesday

**NEWS**  By IQ | 16 December 2016



© PETE SOUZA

**The Better Online Ticket Sales (Bots) Act, which proscribes the use of ticket bots, has been signed into law by US president Barack Obama.**

A **statement** by the White House's press secretary reveals the bill, "which prohibits the circumvention of control measures used by Internet ticket sellers to ensure equitable consumer access to tickets for certain events", was presented to and approved by Obama *(pictured)*, along with 20 other pieces of proposed legislation, on Wednesday (14 December).

Several major ticket agencies, **including Ticketfly** and Ticketmaster, have previously spoken of their support for the bill. A statement from Ticketmaster reads: "On behalf of



artists, venues, teams and especially fans, Ticketmaster is pleased that the Bots Act is now a federal law. Ticketmaster worked closely with legislators to develop the Bots Act, and we believe its passage is a critical step in raising awareness and regulating the unauthorised use of bots."

Similar legislation had **already been introduced in New York**, but the passage of the Bots Act extends the ban nationwide. The use of bots has also been criminalised **in Ontario**, with the UK **looking likely to soon follow suit**.

# "The Bots Act Is A Critical Step In Raising Awareness And Regulating The Unauthorised Use Of Bots"

 

as they look to tackle the exact same issues.

"However, one note of caution. This legislation was also supported by companies who run secondary ticketing services, and who benefit directly from mass-scale ticket touting. That in itself highlights why, in the UK, further measures than simply outlawing the misuse of bots will be needed to properly clean up ticket resale — and why we urgently need the British government to enforce existing consumer law and enact recommendations made in **Professor Michael Waterson's review of secondary ticketing**."

A sister bill, the Boss Act (Better Oversight of Secondary Sales and Accountability in Concert Ticketing), which aims to increase transparency in both the primary and secondary market, was **introduced to Congress in May** but yet to find the support to progress any further.

Obama will hand over the reins to president-elect Donald Trump on 20 January 2017. Shortly after his election, American and Latin American industry figures gave *IQ* **their predictions for what Trump's presidency will mean for the live music business**.

*Get more stories like this in your inbox by signing up for **IQ Index,** IQ's free email digest of essential live music industry news.*

SHARE THIS

  

# EXHIBIT 6

24

**From:** Emburse Card Support <support@emburse.com>
**Date:** March 10, 2021 at 5:23:58 PM EST
**To:** WAG@totaltickets.com
**Subject: BOTS Act Notification - Emburse Cards**

Hello William,

You may have seen that the DOJ and FTC announced three settlements last month resolving alleged violations of the Better Online Ticket Sales (BOTS) Act [1] [2].  These are the first enforcement actions that the department and the FTC have brought under the BOTS Act.

We want to bring awareness that should Emburse or our banking partners reasonably suspect or detect that you are using our cards in a method that is in violation of the BOTS Act, we retain the right to deactivate your account with little warning. Under Section 3.3 of your Issuing Agreement, you may not use Emburse cards to conduct illegal Card Transactions.

If you have any questions and/or concerns regarding whether your use of our cards to purchase tickets would fall under a potential violation, we recommend that you speak with proper legal counsel.

[1] https://www.justice.gov/opa/pr/justice-department-and-ftc-announce-first-enforcement-actions-violations-better-online-ticket

[2] https://uscode.house.gov/view.xhtml?req=granuleid%3AUSC-prelim-title15-section45c&num=0&edition=prelim

[3] https://stripe.com/legal#service-requirements-limitations-and-restrictions

Regards,

Emburse Cards

If you don't want to hear from me again, please let me know.

KIG0000890