**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>*Plaintiff,*<br><br>v.<br><br>**KEY INVESTMENT GROUP LLC, et al.,**<br><br>*Defendants.* | Case No. 1:25-cv-02716-GLR |

**[PROPOSED] ORDER GRANTING
DEFENDANTS' MOTION TO DISMISS**

Upon consideration of Defendants Key Investment Group, TotalTickets.com LLC, Totally Tix LLC, Front Rose Tix LLC, WLK Investments LLC, Yair D. Rozmaryn, Elan N. Rozmaryn, and Taylor Kurth's Motion to Dismiss ("Motion"), Plaintiff the Federal Trade Commission's Response thereto, Defendants' Reply, and other relevant portions of the Record, it is this _____ day of _____, 2026

**ORDERED**, that the Motion is **GRANTED**,

and it is further **ORDERED**, that the Complaint shall be and hereby is **DISMISSED WITH PREJUDICE.**

 

_____
Hon. George L. Russell, III
Chief Judge, United States District Court
for the District of Maryland