IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **KEY INVESTMENT GROUP**, et al., <br><br> Defendants. | **Case No. 1:25-cv-02716-GLR** |

### NOTICE OF KEY INVESTMENT GROUP'S INTENT TO OPPOSE MOTION FOR LEAVE TO FILE AMICUS BRIEF

Defendants Key Investment Group LLC, TotalTickets.com LLC, Totally Tix LLC, Front Rose Tix LLC, WLK Investments LLC, Yair D. Rozmaryn, Elan N. Rozmaryn, and Taylor Kurth (collectively, "Key Investment Group"), by and through undersigned counsel, respectfully write to inform the Court of their intent to oppose Senators Marsha Blackburn and Ben Ray Luján's Motion for Leave to File Brief as Amici Curiae. ECF No. 35. In accordance with Local Rule 105(2)(a), Key Investment Group will file the Opposition on or before January 14, 2026.

Dated: January 5, 2026

Respectfully Submitted,

/s/ *Bezalel A. Stern*
Bezalel A. Stern (D. Md. Bar No. 20667)
Joshua N. Drian (*pro hac vice* granted)
MANATT, PHELPS & PHILLIPS, LLP
1050 Connecticut Ave. NW, Suite 600
Washington, D.C. 20036
Tel.: (202) 585-6500
bstern@manatt.com
jdrian@manatt.com
*Counsel for Defendants*

404448429.2