**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION**

Hon. George L. Russell, III
Chief United States District Judge
United States District Court
      for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

Re:    *Key Investment Group LLC, et al. v. Ferguson, et al.*, 25-cv-2534-GLR; *Federal Trade Commission v. Key Investment Group LLC, et al.*, 25-cv-2716-GLR

Dear Chief Judge Russell:

The Court has set telephone conferences to discuss scheduling in the above-captioned cases. The conferences are currently set for May 28, 2026 (*Key Investment Group LLC, et al. v. Ferguson, et al.*, 25-cv-2534-GLR), and June 9, 2026 (*Federal Trade Commission v. Key Investment Group LLC, et al.*, 25-cv-2716-GLR). In each case, the Court has asked the parties to submit a letter to the Court two business days before the teleconference addressing seven issues. See ECF No. 30, 25-cv-2534-GLR; ECF No. 58, 25-cv-2716-GLR.

Having conferred, the parties expect that their respective positions on each of the seven issues will be the same for each case, and that the issues are best addressed in the context of a single hearing. Accordingly, the parties respectfully request that the Court reschedule the teleconference in *Key Investment Group LLC, et al. v. Ferguson, et al.*, 25-cv-2534-GLR, for June 9, 2026, and hold a single teleconference for that case and *Federal Trade Commission v. Key Investment Group LLC, et al.,* 25-cv-2716-GLR, with a single letter addressing the seven issues to be filed on June 5.

Kind regards,

/s/ Noah T. Katzen
NOAH T. KATZEN
Assistant Branch Director
Federal Programs Branch
Civil Division
U.S. Department of Justice
1100 L St., NW
Washington, DC 20005
202-305-2428
Noah.T.Katzen@usdoj.gov

*Counsel for Defendants in
Key Investment
Group LLC, et al. v.
Ferguson, et al.,
25-cv-2534-GLR*

/s/ Bezalel A. Stern
Bezalel A. Stern (D. Md. Bar No. 20667)
Joshua N. Drian (*pro hac vice*)
MANATT, PHELPS & PHILLIPS, LLP
1050 Connecticut Ave. NW, Suite 600
Washington, D.C. 20036
Tel.: (202) 585-6500
bstern@manatt.com
jdrian@manatt.com

*Counsel for Plaintiffs in Key
Investment Group LLC, et al., v.
Ferugson, et al., 25-c-2534-GLR;
Counsel for Defendants in Federal
Trade Commission v. Key Investment
Group LLC, et al., 25-cv-2716-GLR*

/s/ Simon Barth
Simon Barth (MA Bar No. 706122)
P. Connell McNulty (PA Bar No. 87966)
600 Pennsylvania Avenue, NW
Washington, DC 20580
Ph: 202-326-3317 (Barth); 2061 (McNulty)
Email: sbarth@ftc.gov; pmcnulty@ftc.gov

*Counsel for Plaintiff in
Federal Trade Commission v.
Key Investment Group LLC, et al.,
25-cv-2716-GLR*