IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FEDERAL TRADE COMMISSION,      *

    Plaintiff,      *

v.      *      Civil Action No. GLR-25-2716
           Related Case No. GLR-25-2354

KEY INVESTMENT GROUP LLC, et      *
al.,

               *

    Defendants.      *

               *
             ***

## ORDER

The Court is in receipt of the Parties' Joint Correspondence regarding the Scheduling Conference (ECF No. 59). The Parties indicate that their positions on the seven points of the Court's Scheduling Order will be the same in this case as in the related case, Key Investment Group LLC v. Ferguson, No. GLR-25-2354, and they ask that the Court hold a single hearing for both cases rather than the two separate hearings that are currently scheduled. (Joint Correspondence at 1, ECF No. 59). Accordingly, it is this 22nd day of May, 2026, by the United States District Court for the District of Maryland, hereby:

ORDERED the Court will ADDRESS discovery and scheduling matters for this case and the related case, Key Investment Group LLC v. Ferguson, No. GLR-25-2354, at the telephone conference that is scheduled for June 9, 2026 at 9:30 a.m.;

IT IS FURTHER ORDERED that the Parties shall SUBMIT a single letter addressing the seven points in the Court's Scheduling Order for both this case and the

related case, <u>Key Investment Group LLC v. Ferguson</u>, No. GLR-25-2354, by June 5, 2026;

and     IT IS FURTHER ORDERED that the Clerk shall PROVIDE a copy of this Order to

all counsel of record.

/s/
_____

George L. Russell, III
Chief United States District Judge

2