UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**George L. Russell, III**
Chief United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-4055

June 10, 2026

MEMORANDUM TO COUNSEL RE:       <u>Federal Trade Commission v. Key
                                 Investment Group LLC et al</u>
                                 Civil Action No. GLR-25-2716

Dear Counsel:

Today, the Court convened a teleconference to discuss the schedule in this case. This memorandum memorializes the agreements reached during the call.

The Court will refer this case to a United States Magistrate Judge for a mediation to be scheduled as soon as practicable. The parties shall submit a joint status report within seven days of the mediation informing the Court of whether the mediation was successful. If the mediation is successful, the parties shall submit a notice of dismissal. If the mediation is not successful, the parties shall submit a joint status report within seven days of the mediation again answering the seven points and including a joint proposed scheduling order.

For the reasons stated during the teleconference and within the parties' Joint Correspondance (ECF No. 63), the Court declines to bifurcate this action into separate liability and damages phases without prejudice to renewal.

The Court will approve the parties' requested changes to the Scheduling Order as follows:

| | |
|---|---|
| June 29, 2026 | Moving for joinder of additional parties and amendment of pleadings |
| October 2, 2026 | Complete fact discovery, except for requests for admission |
| October 9, 2026 | Plaintiff's Rule 26(a)(2) disclosures |
| November 6, 2026 | Defendant's Rule 26(a)(2) disclosures |
| December 4, 2026 | Plaintiff's rebuttal Rule 26(a)(2) disclosures |
| December 16, 2026 | Rule 26(e)(2) supplementation of disclosures and responses |
| December 16, 2026 | Complete expert discovery, including any depositions of experts or rebuttal experts |
| December 16, 2026 | Submission of status report |
| December 23, 2026 | Requests for admissions deadline |
| January 15, 2027 | Dispositive pretrial motions deadline |
| January 29, 2027 | Dispositive pretrial motions opposition deadline |
| February 12, 2027 | Dispositive pretrial motions reply deadline |

Having considered the parties' reasonable request, the Court allocates 45 hours per side for fact discovery and 7 hours per side for each expert witness.

Expert discovery is deferred until after fact discovery is complete, but before summary judgment motions are resolved.

Despite the informal nature of this memorandum, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

_____/s/_____

George L. Russell, III
Chief United States District Judge