# Exhibit 1

**Barth, Simon K.**

**From:** Bruno, Matthew <MBruno@manatt.com>
**Sent:** Tuesday, August 18, 2026 12:26 PM
**To:** McNulty, Connell; Barth, Simon K.; Drian, Joshua; Stern, Bez; Gaertner, Cassandra
**Cc:** Rivard, Lauren
**Subject:** RE: FTC v. KIG - Availability to Meet and Confer on Discovery
**Attachments:** FTC v. KIG - Custodians.pdf; FTC v. KIG - Discovery Searches.pdf

Thanks, Connell:

See the attached for Defendants. Look forward to discussing on Thursday.

Matt

**Matthew Bruno**
Partner

**Manatt, Phelps & Phillips,** LLP
7 Times Square
New York, NY 10036
**D** (212) 790-4525 **F** (212) 790-4545
MBruno@manatt.com

manatt.com

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.

---

**From:** McNulty, Connell <pmcnulty@ftc.gov>
**Sent:** Tuesday, August 18, 2026 12:00 PM
**To:** Barth, Simon K. <sbarth@ftc.gov>; Bruno, Matthew <MBruno@manatt.com>; Drian, Joshua <JDrian@manatt.com>; Stern, Bez <BStern@manatt.com>; Gaertner, Cassandra <CGaertner@manatt.com>
**Cc:** lrivard <lrivard@ftc.gov>
**Subject:** RE: FTC v. KIG - Availability to Meet and Confer on Discovery

**[EXTERNAL] Please do not reply, click links, or open attachments unless you recognize the source of this message and know the content is safe.**

---

Counsel:

Attached please find the FTC's parameters and search terms for defendants' RFPs.

Connell

Connell McNulty

Attorney | Federal Trade Commission
Bureau of Consumer Protection | Division of Marketing Practices
600 Pennsylvania Avenue, NW | Mailstop GAO-5K21
Washington, DC 20580
Tel: (202) 326-2061 | Fax: (202) 326-3395 | pmcnulty@ftc.gov

---

**From:** Barth, Simon K. <sbarth@ftc.gov>
**Sent:** Monday, August 17, 2026 5:14 PM
**To:** Bruno, Matthew <MBruno@manatt.com>; Drian, Joshua <JDrian@manatt.com>; Stern, Bez <BStern@manatt.com>; Gaertner, Cassandra <CGaertner@manatt.com>
**Cc:** McNulty, Connell <pmcnulty@ftc.gov>; Rivard, Lauren <lrivard@ftc.gov>
**Subject:** RE: FTC v. KIG - Availability to Meet and Confer on Discovery

That works, thanks Matt.

---

**From:** Bruno, Matthew <MBruno@manatt.com>
**Sent:** Monday, August 17, 2026 5:12 PM
**To:** Barth, Simon K. <sbarth@ftc.gov>; Drian, Joshua <JDrian@manatt.com>; Stern, Bez <BStern@manatt.com>; Gaertner, Cassandra <CGaertner@manatt.com>
**Cc:** McNulty, Connell <pmcnulty@ftc.gov>; Rivard, Lauren <lrivard@ftc.gov>
**Subject:** RE: FTC v. KIG - Availability to Meet and Confer on Discovery

Simon:

Let's mutually exchange search terms and parameters at 12 pm (ET) tomorrow.

Thanks in advance.

Matt

**Matthew Bruno**
Partner

**Manatt, Phelps & Phillips,** LLP
7 Times Square
New York, NY 10036
**D** (212) 790-4525 **F** (212) 790-4545
MBruno@manatt.com

manatt.com

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.

---

**From:** Barth, Simon K. <sbarth@ftc.gov>
**Sent:** Monday, August 17, 2026 9:46 AM
**To:** Bruno, Matthew <MBruno@manatt.com>; Drian, Joshua <JDrian@manatt.com>; Stern, Bez <BStern@manatt.com>; Gaertner, Cassandra <CGaertner@manatt.com>
**Cc:** pmcnulty <pmcnulty@ftc.gov>; lrivard <lrivard@ftc.gov>
**Subject:** RE: FTC v. KIG - Availability to Meet and Confer on Discovery

**[EXTERNAL] Please do not reply, click links, or open attachments unless you recognize the source of this message and know the content is safe.**

---

Hi Matt,

Yes, our search description will include search terms and custodians for appropriate RFPs. For certain RFPs, we searched *all* documents in a given set (making search terms unnecessary), so we'll include a description of the set of documents searched. Because our search strategy varied for different RFPs, I used broader language than just "search terms" and "custodians."

As I said in my last email, we will share our search description tomorrow.

Best,
Simon

---

**From:** Bruno, Matthew <MBruno@manatt.com>
**Sent:** Monday, August 17, 2026 9:37 AM
**To:** Barth, Simon K. <sbarth@ftc.gov>; Drian, Joshua <JDrian@manatt.com>; Stern, Bez <BStern@manatt.com>; Gaertner, Cassandra <CGaertner@manatt.com>
**Cc:** McNulty, Connell <pmcnulty@ftc.gov>; Rivard, Lauren <lrivard@ftc.gov>
**Subject:** RE: FTC v. KIG - Availability to Meet and Confer on Discovery

Thanks, Simon:

Just so that we are clear, we intend to share our search terms and list of custodians and are prepared to exchange those by EOD today. Your email below mentions "a description of our search efforts," please confirm that this will include the FTC's use of search terms and list of custodians, consistent with what we intend to share. As I mentioned in my previous email, the parties should exchange this information at a mutually agreeable time and we propose EOD today, please also confirm the FTC's agreement to exchange today.

Matt

**Matthew Bruno**
Partner

**Manatt, Phelps & Phillips,** LLP
7 Times Square
New York, NY 10036
**D** (212) 790-4525 **F** (212) 790-4545
MBruno@manatt.com

**manatt.com**

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.

**From:** Barth, Simon K. <sbarth@ftc.gov>
**Sent:** Monday, August 17, 2026 9:01 AM
**To:** Bruno, Matthew <MBruno@manatt.com>; Drian, Joshua <JDrian@manatt.com>; Stern, Bez <BStern@manatt.com>; Gaertner, Cassandra <CGaertner@manatt.com>
**Cc:** pmcnulty <pmcnulty@ftc.gov>; lrivard <lrivard@ftc.gov>
**Subject:** RE: FTC v. KIG - Availability to Meet and Confer on Discovery

**[EXTERNAL] Please do not reply, click links, or open attachments unless you recognize the source of this message and know the content is safe.**

---

Matt,

We have no objection to expanding the scope of the discussion to all RFPs, provided that Defendants will do the same, which you have confirmed that they will.

We will share a description of our search efforts for the RFPs by tomorrow. We look forward to meeting with you on Thursday. We are available Thursday at 2pm and will send a meeting invitation shortly.

Best,
Simon

---

**From:** Bruno, Matthew <MBruno@manatt.com>
**Sent:** Saturday, August 15, 2026 8:11 PM
**To:** Barth, Simon K. <sbarth@ftc.gov>; Drian, Joshua <JDrian@manatt.com>; Stern, Bez <BStern@manatt.com>; Gaertner, Cassandra <CGaertner@manatt.com>
**Cc:** McNulty, Connell <pmcnulty@ftc.gov>; Rivard, Lauren <lrivard@ftc.gov>
**Subject:** Re: FTC v. KIG - Availability to Meet and Confer on Discovery

Simon:

Your email is unclear. Is the FTC prepared to have the same discussion with respect to its search terms and custodians? If so, we should exchange on Monday EOD. And then have a conferral no later than Thursday. I look forward to, hopefully, receiving the FTC's confirmation on this.

Matt

**Matthew F. Bruno**
Partner

**Manatt, Phelps & Phillips,** LLP

7 Times Square
New York, NY 10036
**D** (212) 790-4525 **F** (212) 790-4545
MBruno@manatt.com

**manatt.com**

---

**From:** Barth, Simon K. <sbarth@ftc.gov>
**Sent:** Saturday, August 15, 2026 8:04 PM
**To:** Bruno, Matthew <MBruno@manatt.com>; Drian, Joshua <JDrian@manatt.com>; Stern, Bez <BStern@manatt.com>; Gaertner, Cassandra <CGaertner@manatt.com>
**Cc:** pmcnulty <pmcnulty@ftc.gov>; lrivard <lrivard@ftc.gov>
**Subject:** RE: FTC v. KIG - Availability to Meet and Confer on Discovery

**[EXTERNAL] Please do not reply, click links, or open attachments unless you recognize the source of this message and know the content is safe.**

---

Matt,

We're glad to hear that you are willing to discuss custodians and search terms. We've given you our availability for next week—please let us know when you're available to meet.

Our proposal to discuss custodians and search terms was designed to be limited and proportional. There was no intent to engage in an "exercise," as you characterized this common discovery practice. If your clients wish to expand the scope of the discussion to all RFPs, we have no objection.

Best,
Simon

---

**From:** Bruno, Matthew <MBruno@manatt.com>
**Sent:** Friday, August 14, 2026 5:07 PM
**To:** Barth, Simon K. <sbarth@ftc.gov>; Drian, Joshua <JDrian@manatt.com>; Stern, Bez <BStern@manatt.com>; Gaertner, Cassandra <CGaertner@manatt.com>
**Cc:** McNulty, Connell <pmcnulty@ftc.gov>; Rivard, Lauren <lrivard@ftc.gov>
**Subject:** RE: FTC v. KIG - Availability to Meet and Confer on Discovery

Thanks, Simon.

To be clear, we will be prepared to discuss our use of custodians and search terms to identify documents responsive to all FTC requests for which we agreed to search and produce documents. We expect the same from the FTC. I trust that will not be an issue.

Matt

**Matthew Bruno**
Partner

**Manatt, Phelps & Phillips,** LLP
7 Times Square
New York, NY 10036
**D** (212) 790-4525 **F** (212) 790-4545
MBruno@manatt.com

**manatt.com**

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.

---

**From:** Barth, Simon K. <sbarth@ftc.gov>
**Sent:** Friday, August 14, 2026 4:56 PM
**To:** Bruno, Matthew <MBruno@manatt.com>; Drian, Joshua <JDrian@manatt.com>; Stern, Bez <BStern@manatt.com>; Gaertner, Cassandra <CGaertner@manatt.com>
**Cc:** pmcnulty <pmcnulty@ftc.gov>; lrivard <lrivard@ftc.gov>
**Subject:** RE: FTC v. KIG - Availability to Meet and Confer on Discovery

**[EXTERNAL] Please do not reply, click links, or open attachments unless you recognize the source of this message and know the content is safe.**

---

Matt,

We’d be happy to discuss the same. We have flagged the requests that we would like to discuss. Please identify which of Defendants’ requests you would like to discuss.

Thanks,
Simon

---

**From:** Bruno, Matthew <MBruno@manatt.com>
**Sent:** Friday, August 14, 2026 4:12 PM
**To:** Barth, Simon K. <sbarth@ftc.gov>; Drian, Joshua <JDrian@manatt.com>; Stern, Bez <BStern@manatt.com>; Gaertner, Cassandra <CGaertner@manatt.com>
**Cc:** McNulty, Connell <pmcnulty@ftc.gov>; Rivard, Lauren <lrivard@ftc.gov>
**Subject:** RE: FTC v. KIG - Availability to Meet and Confer on Discovery

Thanks, Simon:

We are unaware of any authority that requires the disclosure of custodians and search terms at this juncture. That said, we are willing to consider this request if the FTC is willing to share the same as part of this exercise. Please advise and we will be guided accordingly.

Many thanks,

Matt

**Matthew Bruno**
Partner

**Manatt, Phelps & Phillips,** LLP
7 Times Square
New York, NY 10036
**D** (212) 790-4525 **F** (212) 790-4545
MBruno@manatt.com

**manatt.com**

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.

---

**From:** Barth, Simon K. <sbarth@ftc.gov>
**Sent:** Friday, August 14, 2026 3:36 PM
**To:** Bruno, Matthew <MBruno@manatt.com>; Drian, Joshua <JDrian@manatt.com>; Stern, Bez <BStern@manatt.com>; Gaertner, Cassandra <CGaertner@manatt.com>
**Cc:** pmcnulty <pmcnulty@ftc.gov>; lrivard <lrivard@ftc.gov>
**Subject:** RE: FTC v. KIG - Availability to Meet and Confer on Discovery

**[EXTERNAL] Please do not reply, click links, or open attachments unless you recognize the source of this message and know the content is safe.**

---

Hi Matt,

We disagree that a discussion about search terms and custodians for KIG RFP 13(a)-(k) (largely corresponding to RFP 8 for the individual defendants, RFP 14 for Front Rose Tix and WLK, and RFP 15 for Totally Tix and TotalTickets.com) should wait until after Defendants have produced responsive documents. We think that would be a highly inefficient use of everyone's time. We will not be able to assess the sufficiency of Defendants' search for these requests if we do not know the custodians, search terms, or other methods that are being used.

We are available to meet and confer on this topic any time on Monday (8/17), Thursday (8/20), or Friday (8/21). Please let us know whether you are willing to meet with us, and if so, when you are available. Again, to the extent that Defendants have already begun searching for responsive documents for these RFPs, we request that you share the custodians, search terms, or other search methods in advance of the call.

Best,
Simon

---

**From:** Bruno, Matthew <MBruno@manatt.com>
**Sent:** Tuesday, August 11, 2026 8:16 PM
**To:** Barth, Simon K. <sbarth@ftc.gov>; Drian, Joshua <JDrian@manatt.com>; Stern, Bez <BStern@manatt.com>; Gaertner, Cassandra <CGaertner@manatt.com>
**Cc:** McNulty, Connell <pmcnulty@ftc.gov>; Rivard, Lauren <lrivard@ftc.gov>
**Subject:** Re: FTC v. KIG - Availability to Meet and Confer on Discovery

Thanks, Simon:

Defendants have already started their collection and review of responsive documents, and expect to

begin productions by next week, if not sooner. If, after receiving and reviewing our productions, you believe that there is a need to revisit this topic, we are happy to discuss at the appropriate time.

Matt

**Matthew F. Bruno**
Partner

**Manatt, Phelps & Phillips,** LLP
7 Times Square
New York, NY 10036
**D** (212) 790-4525 **F** (212) 790-4545
MBruno@manatt.com

manatt.com

---

**From:** Barth, Simon K. <sbarth@ftc.gov>
**Sent:** Friday, 07 August 2026 12:36:12
**To:** Bruno, Matthew <MBruno@manatt.com>; Drian, Joshua <JDrian@manatt.com>; Stern, Bez <BStern@manatt.com>; Gaertner, Cassandra <CGaertner@manatt.com>
**Cc:** McNulty, Connell <pmcnulty@ftc.gov>; Rivard, Lauren <lrivard@ftc.gov>
**Subject:** RE: FTC v. KIG - Availability to Meet and Confer on Discovery

**[EXTERNAL] Please do not reply, click links, or open attachments unless you recognize the source of this message and know the content is safe.**

---

Hi Matt,

I'm writing to follow up on my July 1 request to discuss custodians and search terms for several of the FTC's requests for production. You declined to meet with us at that time. We would like to renew our request to meet regarding custodians and search terms for KIG RFP 13(a)-(k) (corresponding to RFP 8 for the individual defendants, RFP 14 for Front Rose Tix and WLK, and RFP 15 for Totally Tix and TotalTickets.com). It is unclear to us whether Defendants have begun searching for responsive documents, but to the extent that they have done so, we request that you share the custodians and search terms in advance of the call.

We are available on Monday between 11am and 1pm or after 3pm, Tuesday between 11am and 12pm, or after 3pm, or Wednesday between 11am and 2pm. If none of these times work for you, please feel free to suggest alternatives.

Thanks,
Simon

**Simon Barth** (they/them)
Attorney | Federal Trade Commission
Bureau of Consumer Protection | Division of Marketing Practices
Org 1144 | Mail Stop GAO-5K21
600 Pennsylvania Avenue NW
Washington, DC 20580
Office: 202-326-3317 | Cell: 202-701-6600 | sbarth@ftc.gov

---

**From:** Bruno, Matthew <MBruno@manatt.com>
**Sent:** Wednesday, July 1, 2026 12:38 PM
**To:** Barth, Simon K. <sbarth@ftc.gov>; Drian, Joshua <JDrian@manatt.com>; Stern, Bez <BStern@manatt.com>; Gaertner, Cassandra <CGaertner@manatt.com>
**Cc:** McNulty, Connell <pmcnulty@ftc.gov>
**Subject:** RE: FTC v. KIG - Availability to Meet and Confer on Discovery

Thanks, Simon:

In the interest of time and efficiency, let's have our conferral after the parties' respective responses and objections are exchanged, so that we can better align on positions and issues. We can reconvene on dates after they've been served.

Matt

**Matthew Bruno**
Partner

**Manatt, Phelps & Phillips,** LLP
7 Times Square
New York, NY 10036
**D** (212) 790-4525 **F** (212) 790-4545
MBruno@manatt.com

manatt.com

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.

---

**From:** Barth, Simon K. <sbarth@ftc.gov>
**Sent:** Wednesday, July 1, 2026 11:37 AM
**To:** Bruno, Matthew <MBruno@manatt.com>; Drian, Joshua <JDrian@manatt.com>; Stern, Bez <BStern@manatt.com>; Gaertner, Cassandra <CGaertner@manatt.com>
**Cc:** McNulty, Connell <pmcnulty@ftc.gov>
**Subject:** FTC v. KIG - Availability to Meet and Confer on Discovery

**[EXTERNAL] Please do not reply, click links, or open attachments unless you recognize the source of this message and know the content is safe.**

Counsel,

I'm writing to ask for your availability to meet and confer on the FTC's requests for production of documents to each of the defendants. We'd like to discuss custodians and search terms several of the requests, particularly 13(a)-(k) in the FTC's Requests to KIG (largely corresponding to RFP 8 for the individual defendants, RFP 14 for Front Rose Tix and WLK, and RFP 15 for Totally Tix and TotalTickets.com).

We are available at the following times next week:

- Tuesday (7/7), 2-6pm ET
- Wednesday (7/8), 11-1pm ET or 3-6pm ET
- Thursday (7/9), any time after 1pm ET

Please let us know what time works best for you.

Thanks,
Simon

**Simon Barth** (they/them)
Attorney | Federal Trade Commission
Bureau of Consumer Protection | Division of Marketing Practices
Org 1144 | Mail Stop GAO-5K21
600 Pennsylvania Avenue NW
Washington, DC 20580
Office: 202-326-3317 | Cell: 202-701-6600 | sbarth@ftc.gov