# Exhibit 2

| Search Terms<br>Date Filter 12/01/2016 - Present |
|---|
| (Ticketing OR Tickets OR Ticket OR Ticketed) AND buy* W/10 (bot OR bots) |
| (Ticketing OR Tickets OR Ticket OR Ticketed) AND buy* W/5 engin* |
| (Ticketing OR Tickets OR Ticket OR Ticketed) AND bought W/10 (bot OR bots) |
| (Ticketing OR Tickets OR Ticket OR Ticketed) AND bought W/5 solution* |
| (Ticketing OR Tickets OR Ticket OR Ticketed) AND bought W/5 engin* |
| (Ticketing OR Tickets OR Ticket OR Ticketed) AND bought W/10 proxy |
| (Ticketing OR Tickets OR Ticket OR Ticketed) AND bought W/5 volume* |
| (Ticketing OR Tickets OR Ticket OR Ticketed) AND purchas* W/10 (bot OR bots) |
| (Ticketing OR Tickets OR Ticket OR Ticketed) AND acquir* W/10 (bot OR bots) |
| (Ticketing OR Tickets OR Ticket OR Ticketed) AND acquir* W/5 engin* |
| (Ticketing OR Tickets OR Ticket OR Ticketed) AND acquir* W/10 proxy |
| (Ticketing OR Tickets OR Ticket OR Ticketed) AND acquir* W/5 volume* |
| (Ticketing OR Tickets OR Ticket OR Ticketed) AND acquisition W/10 (bot OR bots) |
| (Ticketing OR Tickets OR Ticket OR Ticketed) AND acquisition W/5 solution* |
| (Ticketing OR Tickets OR Ticket OR Ticketed) AND acquisition W/5 engin* |
| (Ticketing OR Tickets OR Ticket OR Ticketed) AND acquisition W/10 proxy |
| (Ticketing OR Tickets OR Ticket OR Ticketed) AND acquisition W/5 volume* |
| (Ticketing OR Tickets OR Ticket OR Ticketed) W/10 order* W/10 (bot OR bots) |
| Tix AND buy* W/10 (bot OR bots) |
| Tix AND buy* W/10 software* |
| Tix AND buy* W/5 solution* |
| Tix W/10 buy* W/10 tool* |
| Tix AND buy* W/5 engin* |
| Tix AND buy* W/10 proxy |
| Tix AND bought W/10 (bot OR bots) |
| Tix AND bought W/10 software* |
| Tix AND bought W/5 solution* |
| Tix AND bought W/5 tool* |
| Tix AND bought W/5 engin* |
| Tix AND bought W/10 proxy |
| Tix AND bought W/5 volume* |
| Tix AND purchas* W/10 (bot OR bots) |
| Tix AND purchas* W/10 software* |
| Tix AND purchas* W/5 solution* |
| Tix AND purchas* W/5 tool* |
| Tix AND purchas* W/5 engin* |
| Tix AND purchas* W/10 proxy |
| Tix AND purchas* W/5 volume* |
| Tix AND acquir* W/10 (bot OR bots) |
| Tix AND acquir* W/10 software* |
| Tix AND acquir* W/5 solution* |
| Tix AND acquir* W/5 tool* |
| Tix AND acquir* W/5 engin* |
| Tix AND acquir* W/10 proxy |
| Tix AND acquir* W/5 volume* |
| Tix AND acquisition W/10 (bot OR bots) |
| Tix AND acquisition W/10 software* |
| Tix AND acquisition W/5 solution* |
| Tix AND acquisition W/5 tool* |
| Tix AND acquisition W/5 engin* |
| Tix AND acquisition W/10 proxy |
| Tix AND acquisition W/5 volume* |
| Tix AND order* W/10 (bot OR bots) |
| Tix AND order* W/10 software* |
| Tix AND order* W/5 solution* |
| Tix AND order* W/5 engin* |
| Tix AND order* W/10 proxy |
| Tix AND order* W/5 volume* |
| (Ticketing OR Tickets OR Ticket OR Ticketed) W/3 (Limited OR Limits OR Limit OR Limitation OR Limiting) |
| (Ticketing OR Tickets OR Ticket OR Ticketed) W/5 (exceed OR exceeded OR exceeds OR exceeding) |
| Tix W/5 bypass* |
| Tix W/5 excess* |
| Tix W/5 (Limited OR Limits OR Limit OR Limitation OR Limiting) |
| Tix W/5 excee* |
| "Better Online Ticket Sales" |
| solely W/4 (bot OR bots) |
| Cartisim |
| Ebrani |
| Kohanian |
| "Hellworld.io" |
| Ticketmaster AND circumvent* |
| Emburse AND ("Credit Card" W/10 virtual) |
| Comdata AND ("Credit Card" W/10 virtual) |

| Search Terms + Domain = Ticketmaster<br>Date Filter 12/01/2016 - Present |
|---|
| TOS |
| "Terms of Service" |
| handbook* |
| "Purchase Policy" |
| ticket W/10 limit* |
| purchase W/10 limit* |
| Rule* |
| violat* |
| secur* |
| Verif* |
| Cancel* |
| accounts |
| resale |
| reseller* |
| "white label" |
| barcod* |
| partner* |
| incentive* |
| amount W/10 sold |
| amount W/10 sell |
| vendor* |
| TradeDesk |
| "Trade Desk" |
| agreement* |
| contract* |
| profit* |
| platinum |
| promot* |
| "Seller Fee*" |
| "per account" |
| invent* |
| fee* |

| Email Address: From/To/CC/BCC<br>Date Filter 12/01/2016 - Present |
|---|
| casey.klein@ticketmaster.com |
| chance.weisensel@ticketmaster.com |
| zachary.dicken@ticketmaster.com |

| |
|---|
| Ramp AND ("Credit Card" W/10 virtual) |
| Emburse AND ("Credit Card" W/10 ghost) |
| Comdata AND ("Credit Card" W/10 ghost) |
| Ramp AND ("Credit Card" W/10 ghost) |
| Divvy AND ("Credit Card" W/10 ghost) |
| Emburse AND ("Credit Card" W/10 simulat*) |
| Comdata AND ("Credit Card" W/10 simulat*) |
| Ramp AND ("Credit Card" W/10 simulat*) |
| Divvy AND ("Credit Card" W/10 simulat*) |
| Comdata AND ("Credit Card" W/10 account*) |
| Emburse AND ("Credit Card" W/10 prepaid) |
| Comdata AND ("Credit Card" W/10 prepaid) |
| Ramp AND ("Credit Card" W/10 prepaid) |
| Divvy AND ("Credit Card" W/10 prepaid) |
| "Ticket limit" AND "Ticket Limits" |
| "Purchase limit" AND "Purchase Limits" |
| (Ticketmaster W/10 account) w/20 retire* |
| (Ticketmaster W/10 account) w/20 (Ban OR Banned OR Bans OR Banning) |
| (Ticketmaster W/10 account) w/20 block* |
| (Ticketmaster W/10 account) w/20 access* |
| (Ticketmaster W/10 account) w/20 disable* |
| (TM W/10 account) w/20 retire* |
| (TM W/10 account) w/20 (Ban OR Banned OR Bans OR Banning) |
| (TM W/10 account) w/20 block* |
| (TM W/10 account) w/20 access* |
| (TM W/10 account) w/20 disable* |
| Ticketmaster W/50 "white label" |
| Ticketmaster W/50 amount W/10 sold |
| Ticketmaster W/50 amount W/10 sell |
| Ticketmaster W/25 TradeDesk |
| Ticketmaster W/50 "Trade Desk" |
| Ticketmaster W/50 "Seller Fee*" |
| TM W/50 reseller* |
| TM W/50 "white label" |
| TM W/50 incentive* |
| TM W/50 amount W/10 sold |
| TM W/50 amount W/10 sell |
| TM W/50 TradeDesk |
| TM W/50 "Trade Desk" |
| (Ticketing OR Tickets OR Ticket OR Ticketed) AND statut* Blackburn |
| (Ticketing OR Tickets OR Ticket OR Ticketed) W/25 "Executive Order" |
| Tix W/10 "MAIN Event" |
| Tix AND statut* Blackburn |
| Tix AND Lujan |
| Tix AND Senator |
| Tix AND "Executive Order" |
| unable W/10 acquire |
| cannot W/10 acquire |
| Ticketmaster AND ("stop using" W/10 account*) |
| TM AND ("stop using" W/10 account*) |
| Tix AND "Sit back and get paid" |
| Tix AND Crowdsource |
| Tix AND "Crowd Source" |
| "Big Show, LLC" |
| "Watermelon LLC" |
| "AJ Tickets Corporation" |
| "Phantom Drop" |
| "Omni Drop" |
| "Jadidcapital Drop Checker" |
| "Lumina Drop Checker" |
| subscri* W/10 (bot OR bots) |
| "Federal Trade Commission" W/10 (bot OR bots) |
| FTC W/10 software* |
| "Federal Trade Commission" W/10 software* |
| "Get around" W/5 Waitroom |
| "Go around" W/5 Waitroom |
| Circumvent W/5 Waitroom |
| "Get around" W/5 "Wait Room" |
| "Go around" W/5 "Wait Room" |
| Circumvent W/5 "Wait Room" |
| Juicer W/10 account* |
| MEETM W/10 account* |
| TicketJunky W/10 account* |
| TicketJunkie W/10 account* |
| TMPro W/10 account* |
| Juicer W/10 (Ticketing OR Tickets OR Ticket OR Ticketed) |

| |
|---|
| MEETM W/10 (Ticketing OR Tickets OR Ticket OR Ticketed) |
| TicketJunkie W/10 (Ticketing OR Tickets OR Ticket OR Ticketed) |
| Ticketmaster* W/50 (Barcode OR Barcodes OR Barcoding OR Barcoded) |
| TM W/50 (Barcode OR Barcodes OR Barcoding OR Barcoded) |
| (Ticketing OR Tickets OR Ticket OR Ticketed) AND bought W/10 software* |
| (Ticketing OR Tickets OR Ticket OR Ticketed) AND purchas* W/5 engin* |
| (Ticketing OR Tickets OR Ticket OR Ticketed) AND purchas* W/10 proxy |
| (Ticketing OR Tickets OR Ticket OR Ticketed) AND acquir* W/10 software* |
| (Ticketing OR Tickets OR Ticket OR Ticketed) AND acquir* W/5 solution* |
| (Ticketing OR Tickets OR Ticket OR Ticketed) AND acquir* W/5 tool* |
| (Ticketing OR Tickets OR Ticket OR Ticketed) AND acquisition W/10 software* |
| Tix AND order* W/5 tool* |
| Zack W/50 TM |
| "multiple session" |
| Divvy AND ("Credit Card" W/10 virtual) |
| "Event limit" |
| TM W/10 revers* |
| Ticketmaster W/50 incentive* |
| Kurth W/10 Washington |
| purchas* W/10 (bot OR bots) |
| "National Association of Ticket Brokers" |
| SKL W/10 account* |
| Eras W/5 Concert* |
| (Ticketing OR Tickets OR Ticket OR Ticketed) AND order* W/5 engin* |
| Tix AND buy* W/10 volume* |
| TM AND circumvent* |
| SIM W/5 Device* |
| Ticketmaster W/10 revers* |
| TM W/50 "Seller Fee*" |
| Tix W/10 Congress* |
| (Ticketing OR Tickets OR Ticket OR Ticketed) AND "Crowd Source" |
| TicketJunky W/10 (Ticketing OR Tickets OR Ticket OR Ticketed) |
| TMPro W/10 (Ticketing OR Tickets OR Ticket OR Ticketed) |
| Tswift* W/5 Concert* |
| (Ticketing OR Tickets OR Ticket OR Ticketed) AND buy* W/5 volume* |
| (Ticketing OR Tickets OR Ticket OR Ticketed) AND bought W/5 tool* |
| "multisession" |
| Stubtabs |
| Ramp AND ("Credit Card" W/10 account*) |
| (Ticketing OR Tickets OR Ticket OR Ticketed) AND "Sit back and get paid" |
| "Platinum Tix" |
| SKL W/10 (Ticketing OR Tickets OR Ticket OR Ticketed) |
| (Ticketing OR Tickets OR Ticket OR Ticketed) AND buy* W/10 software* |
| (Ticketing OR Tickets OR Ticket OR Ticketed) AND purchas* W/5 solution* |
| Zachary W/10 TM |
| Tix AND "Verified Fan" |
| (Ticketing OR Tickets OR Ticket OR Ticketed) AND buy* W/10 proxy |
| "Hellworld" |
| (Ticketing OR Tickets OR Ticket OR Ticketed) AND Lujan |
| Tswift* W/5 Tour* |
| TM AND (retir* W/10 account*) |
| (Ticketing OR Tickets OR Ticket OR Ticketed) AND order* W/10 software* |
| (Ticketing OR Tickets OR Ticket OR Ticketed) W/5 bypass* |
| Casey W/10 TM |
| CSIM |
| just W/4 (bot OR bots) |
| Ticketmaster W/50 reseller* |
| "can't" W/10 acquire |
| Ticketmaster AND bypass* |
| (Ticketing OR Tickets OR Ticket OR Ticketed) W/10 purchas* W/10 software* |
| (Ticketing OR Tickets OR Ticket OR Ticketed) AND order* W/10 proxy |
| "Hype Proxies" |
| Divvy AND ("Credit Card" W/10 account*) |
| (Ticketing OR Tickets OR Ticket OR Ticketed) AND acquisition W/5 tool* |
| buy* W/10 (bot OR bots) |
| Tix AND (bot OR bots) |
| (Ticketing OR Tickets OR Ticket OR Ticketed) AND Crowdsource |
| buy* W/5 software* |
| FTC W/10 (bot OR bots) |
| Zack W/50 Ticketmaster |
| TM W/50 contract* |
| Tix W/25 law |
| Tix AND Trump |
| (Ticketing OR Tickets OR Ticket OR Ticketed) W/10 order* W/10 volume* |
| SIM W/5 Box* |
| (Ticketing OR Tickets OR Ticket OR Ticketed) AND Senator |

| |
|---|
| TM AND (suspen* W/10 account*) |
| "Not a robot" |
| TM W/10 platinum |
| Ticketmaster AND (retir* W/10 account*) |
| (Ticketing OR Tickets OR Ticket OR Ticketed) W/10 buy* W/10 tool* |
| Zachary W/10 Ticketmaster |
| (Ticketing OR Tickets OR Ticket OR Ticketed) AND purchas* W/5 tool* |
| Emburse AND ("Credit Card" W/10 account*) |
| Oculus |
| (Ticketing OR Tickets OR Ticket OR Ticketed) W/5 excess* |
| only W/4 (bot OR bots) |
| (Ticketing OR Tickets OR Ticket OR Ticketed) AND buy* W/5 solution* |
| "multi-session" |
| (Ticketing OR Tickets OR Ticket OR Ticketed) W/10 order* W/10 solution* |
| Ticketmaster W/10 contract* |
| TM W/10 promot* |
| (Ticketing OR Tickets OR Ticket OR Ticketed) AND purchas* W/5 volume* |
| TM AND bypass* |
| TM W/10 agreement* |
| "BOTS Act" |
| TM AND (exceed OR exceeded OR exceeds OR exceeding) |
| Jancy |
| CAPTCHA |
| Zach W/10 TM |
| Ticketmaster W/10 agreement* |
| (Ticketmaster OR TM) W/10 vendor* |
| Swift* W/5 Tour* |
| "Ticket Utils" |
| TM W/50 partner* |
| "Broker Buds" AND (Agree* OR Contract) |
| Ticketmaster W/10 (Refund OR Refunded OR Refunds OR Refunding OR Refundings OR Refundable OR Refundability OR RefundPolicy) |
| TM W/10 profit* |
| TM W/10 (inventory OR inventoried OR inventories) |
| "NATP" |
| Needham AND audit |
| "Eras Tour" |
| "Trade Desk" |
| us* W/10 (bot OR bots) |
| excee* W/5 purchase* |
| Ticketmaster W/10 platinum |
| subscri* W/5 software* |
| SIM W/5 Card* |
| Swift* W/5 Concert* |
| IP W/10 prox* |
| Casey W/10 Ticketmaster |
| Chance W/10 TM |
| TM W/10 (Refund OR Refunded OR Refunds OR Refunding OR Refundings OR Refundable OR Refundability OR RefundPolicy) |
| Ticketmaster W/10 profit* |
| (Ticketing OR Tickets OR Ticket OR Ticketed) W/10 ((inventory OR inventoried OR inventories) W/10 manage*) |
| TM W/5 cancel* |
| "Platinum Tickets" |
| (Ticketing OR Tickets OR Ticket OR Ticketed) w/10 Congress* |
| TM W/10 prohibit* |
| TM W/10 resale |
| Ticketmaster W/50 partner* |
| "can't" W/5 purchas* |
| Ticketmaster W/10 prohibit* |
| Tix W/10 President |
| TM W/10 block* |
| Needham W/10 loan |
| (Ticketing OR Tickets OR Ticket OR Ticketed) W/10 "Verified Fan" |
| TradeDesk |
| cannot W/10 get |
| Primo |
| (Ticketing OR Tickets OR Ticket OR Ticketed) W/10 "MAIN Event" W/5 Act |
| TM W/10 restrict* |
| (Ticketing OR Tickets OR Ticket OR Ticketed) W/10 Trump |
| (Ticketmaster OR TM) AND (us* W/5 software*) |
| Ticketmaster W/10 excee* |
| unable W/10 get |
| Ticketmaster W/10 (suspen* W/10 account*) |
| Taylor W/10 "Consent Order" |
| "Just In Time" |
| "Big Show" AND (Agree* OR Contract) |

| |
|---|
| Zach W/10 Ticketmaster |
| "U.S.C" W/5 "45c" |
| "Drop Checker" |
| Chance W/10 Ticketmaster |
| (Ticketing OR Tickets OR Ticket OR Ticketed) W/5 order* W/5 tool* |
| TM W/10 fee* |
| "Broker Genius" |
| "NATB" |
| Watermelon AND (Agree* OR Contract) |
| Ticketmaster W/10 vendor* |
| Ticketmaster W/10 resale |
| Ticketmaster W/10 block* |
| Insomniac |
| Ticketmaster* W/10 (inventory OR inventoried OR inventories) |
| (Limited OR Limits OR Limit OR Limitation OR Limiting) W/10 purchase* W/10 (Ticket OR Tix) |
| Ticketmaster W/10 accounts |
| "Geos" AND (Agree* OR Contract) |
| Ticketmaster W/25 (Barcode OR Barcodes OR Barcoding OR Barcoded) |
| Ticketmaster W/10 restrict* |
| ("can't" W/10 get) W/20 (Tickets OR Tix OR Ticket) |
| (cannot W/5 purchas*) W/20 (Tickets OR Tix OR Ticket) |
| "Reveal Markets" AND (Agree* OR Contract) |
| Ticketmaster W/10 cancel* |
| TM AND (Ban OR Banned OR Bans OR Banning) |
| Uflip AND (Agree* OR Contract) |
| (unable W/10 purchas*) W/20 (Tickets OR Tix OR Ticket) |
| (Ticketing OR Tickets OR Ticket OR Ticketed) W/10 (bot OR bots) |
| "Shows on Sale" AND (Agree* OR Contract) |
| TM W/10 accounts |
| (Ticketing OR Tickets OR Ticket OR Ticketed) W/10 (BOTS) |
| (Ticketing OR Tickets OR Ticket OR Ticketed) W/10 "Executive Order" |
| Ticketmaster AND (Ban OR Banned OR Bans OR Banning) |
| TM AND ("Seller Fee" OR "Seller Fees") |
| Ticketmaster AND ("Seller Fee" OR "Seller Fees") |
| Casey W/5 Klein |
| chance W/5 weisensel |
| zachary W/5 dicken |
| (Zach OR Zack) W/5 Dicken |
| "Per account" OR "per-account" |
| Ticketmaster AND "All accounts" |
| TM AND "All Accounts" |
| Ticketmaster W/20 (policy OR policies) |
| TM W/20 (policy OR policies) |
| TM W/10 Enforce* |
| Ticketmaster W/10 Enforce* |
| casey.klein@ticketmaster.com |
| chance.weisensel@ticketmaster.com |
| zachary.dicken@ticketmaster.com |
| TM+ |
| Klein |
| Weisensel |
| Dicken |