# Exhibit 3

**Barth, Simon K.**

---

**From:** Bruno, Matthew <MBruno@manatt.com>
**Sent:** Thursday, September 24, 2026 5:06 PM
**To:** Barth, Simon K.; Stern, Bez; Gaertner, Cassandra; Zeiger, Sarah; Drian, Joshua
**Cc:** McNulty, Connell; Rivard, Lauren; Rucki, Molly
**Subject:** RE: Additional Search Terms
**Attachments:** 2026.09.24 - KIG Letter to FTC re Custodians and Search Terms.pdf

Simon:

Please see the attached.

Thank you,

Matt

**Matthew Bruno**
Partner

**Manatt, Phelps & Phillips,** LLP
7 Times Square
New York, NY 10036
**D** (212) 790-4525 **F** (212) 790-4545
MBruno@manatt.com

manatt.com

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.

---

**From:** Barth, Simon K. <sbarth@ftc.gov>
**Sent:** Thursday, September 24, 2026 10:38 AM
**To:** Bruno, Matthew <MBruno@manatt.com>; Stern, Bez <BStern@manatt.com>; Gaertner, Cassandra <CGaertner@manatt.com>; Zeiger, Sarah <SZeiger@manatt.com>; Drian, Joshua <JDrian@manatt.com>
**Cc:** pmcnulty <pmcnulty@ftc.gov>; lrivard <lrivard@ftc.gov>; mrucki <mrucki@ftc.gov>
**Subject:** RE: Additional Search Terms

**[EXTERNAL] Please do not reply, click links, or open attachments unless you recognize the source of this message and know the content is safe.**

---

Counsel,

I'm writing to follow up on our email from a week ago regarding search terms and custodians for the FTC's RFPs to Defendants. Please let us know your position on these matters as soon as possible so that we can proceed accordingly.

Thanks,
Simon

---

**From:** Barth, Simon K.
**Sent:** Thursday, September 17, 2026 12:10 PM
**To:** Bruno, Matthew <MBruno@manatt.com>; Stern, Bez <BStern@manatt.com>; Gaertner, Cassandra <CGaertner@manatt.com>; Zeiger, Sarah <SZeiger@manatt.com>; Drian, Joshua <JDrian@manatt.com>
**Cc:** McNulty, Connell <pmcnulty@ftc.gov>; Rivard, Lauren <lrivard@ftc.gov>
**Subject:** RE: Additional Search Terms

Matt,

Thank you for agreeing to add some of the FTC's proposed searches. For the following searches that Defendants are declining to use, please confirm that Defendants' objection strictly relates to burden and proportionality, and that Defendants' objection is not that the searches are hitting on nonresponsive or irrelevant documents. If Defendants are objecting that any of the following searches are hitting on significant numbers of nonresponsive or irrelevant documents, please let us know so that we can work with you to further narrow the scope to more precisely target the responsive and relevant documents. These terms target topics that are highly relevant to the FTC's allegations and should be searched.

- over W/3 limit
- Victory Live
- "Bright Data"
- geosurf
- "denial of entry" OR "DOE" OR "denied entry"
- (ticket* OR account*) AND script
- account* W/5 lock*
- ("buy" OR "bought") W/5 "account*"
- ("buy" OR "bought") W/5 "code*"
- retire* W/5 account*

Additionally, on August 18, Defendants disclosed that they were searching the following custodians:

| **Custodian** |
|---|
| Edelman, Natan |
| Germaine, William |
| Gorewitz, Brad |
| Key Investment Group |
| Kimmel, James |
| Kurth, Taylor |
| Lian, Ray |
| Mague, Timothy |
| McMullin, Gina |
| Rosendorff, Ryan |
| Rozmaryn, Elan |
| Rozmaryn, Yair |
| Samet, Evan |
| TotalTickets.com LLC |

On September 8, Defendants amended their interrogatory responses, identifying additional individuals that are likely to have discoverable information that Defendants may use to support their defenses. Accordingly, we request that Defendants revisit their custodian identifications. We request that Defendants include the following custodians in their search for responsive documents or provide a basis for not doing so that the FTC can consider:

- Ami Rozmaryn
- Kevin Olenick
- Malaysia Harris
- Edson Gaylord
- Joseph Gallo
- Charelle Newkirk
- Spencer Fornaciari
- Ernesto Contreras

Please let us know Defendants' position on adding the September 8 individuals as custodians.

Thank you,
Simon

---

**From:** Bruno, Matthew <MBruno@manatt.com>
**Sent:** Tuesday, September 15, 2026 5:18 PM
**To:** Barth, Simon K. <sbarth@ftc.gov>; Stern, Bez <BStern@manatt.com>; Gaertner, Cassandra <CGaertner@manatt.com>; Zeiger, Sarah <SZeiger@manatt.com>; Drian, Joshua <JDrian@manatt.com>
**Cc:** McNulty, Connell <pmcnulty@ftc.gov>; Rivard, Lauren <lrivard@ftc.gov>
**Subject:** RE: Additional Search Terms

Simon:

While there is no reason to further expand the scope of Defendants search parameters, based upon the robust and comprehensive collection and review efforts already undertaken, in an effort to find compromise, we are willing to expand our review to include the following:

- OTL
- OneTicket
- Deathbycaptcha
- IPVAnish
- MVNO
- Primary w/3 cancel!
- primary W/3 cancel!
- account* AND Crowdsource
- account* AND "Crowd Source"
- "U.S.C." W/5 "45c"
- security W/5 ("Ticketmaster" OR "TM")
- ("security" OR "rule*" OR "polic*" OR "TOS") W/5 ("avoid" OR "circumvent" OR "get around" OR "bypass")

For your reference, a revised hit report reflecting your proposed modified terms is attached. Beyond these terms, Defendants do not agree to further expand their search for the reasons previously set forth in my September 2 email. We have already applied more than 300 separate terms (which the FTC has never once challenged), and the remaining terms would impose an undue burden on Defendants that is

in no way proportional to the needs of the case. We hope this resolves the matter, and we will apply the additional terms agreed to above.

Thanks,

Matt

**Matthew Bruno**
Partner

---

**Manatt, Phelps & Phillips,** LLP
7 Times Square
New York, NY 10036
**D** (212) 790-4525 **F** (212) 790-4545
MBruno@manatt.com

**manatt.com**

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.

---

**From:** Barth, Simon K. <sbarth@ftc.gov>
**Sent:** Monday, September 14, 2026 10:00 AM
**To:** Bruno, Matthew <MBruno@manatt.com>; Stern, Bez <BStern@manatt.com>; Gaertner, Cassandra <CGaertner@manatt.com>; Zeiger, Sarah <SZeiger@manatt.com>; Drian, Joshua <JDrian@manatt.com>
**Cc:** pmcnulty <pmcnulty@ftc.gov>; lrivard <lrivard@ftc.gov>
**Subject:** RE: Additional Search Terms

**[EXTERNAL] Please do not reply, click links, or open attachments unless you recognize the source of this message and know the content is safe.**

---

Hi Matt,

Just wanted to follow up on the FTC's proposal from September 3. Please let us know the Defendants' position.

Thanks,
Simon

---

**From:** Bruno, Matthew <MBruno@manatt.com>
**Sent:** Friday, September 4, 2026 11:26 AM
**To:** Barth, Simon K. <sbarth@ftc.gov>; Stern, Bez <BStern@manatt.com>; Gaertner, Cassandra <CGaertner@manatt.com>; Zeiger, Sarah <SZeiger@manatt.com>; Drian, Joshua <JDrian@manatt.com>
**Cc:** McNulty, Connell <pmcnulty@ftc.gov>; Rivard, Lauren <lrivard@ftc.gov>
**Subject:** RE: Additional Search Terms

Thanks, Simon:

We will review and report back to you next week with our position. Have a nice weekend.

Matt

**Matthew Bruno**
Partner

**Manatt, Phelps & Phillips,** LLP
7 Times Square
New York, NY 10036
**D** (212) 790-4525 **F** (212) 790-4545
MBruno@manatt.com

**manatt.com**

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.

---

**From:** Barth, Simon K. <sbarth@ftc.gov>
**Sent:** Thursday, September 3, 2026 2:30 PM
**To:** Bruno, Matthew <MBruno@manatt.com>; Stern, Bez <BStern@manatt.com>; Gaertner, Cassandra <CGaertner@manatt.com>; Zeiger, Sarah <SZeiger@manatt.com>; Drian, Joshua <JDrian@manatt.com>
**Cc:** pmcnulty <pmcnulty@ftc.gov>; lrivard <lrivard@ftc.gov>
**Subject:** RE: Additional Search Terms

**[EXTERNAL] Please do not reply, click links, or open attachments unless you recognize the source of this message and know the content is safe.**

---

Matt,

Thank you for sending the hit rates. Based on the hit rates you shared, we have proposed an amended set of search terms, which will significantly lower the hit rate and reduce Defendants' burden, while still identifying highly relevant documents. Please let us know whether you are amenable to this compromise proposal.

Thank you,
Simon

---

**From:** Bruno, Matthew <MBruno@manatt.com>
**Sent:** Thursday, September 3, 2026 11:30 AM
**To:** Barth, Simon K. <sbarth@ftc.gov>; Stern, Bez <BStern@manatt.com>; Gaertner, Cassandra <CGaertner@manatt.com>; Zeiger, Sarah <SZeiger@manatt.com>; Drian, Joshua <JDrian@manatt.com>
**Cc:** McNulty, Connell <pmcnulty@ftc.gov>; Rivard, Lauren <lrivard@ftc.gov>
**Subject:** RE: Additional Search Terms

Simon:

Please see the attached.

Thanks,

**Matthew Bruno**
Partner

**Manatt, Phelps & Phillips,** LLP
7 Times Square
New York, NY 10036
**D** (212) 790-4525 **F** (212) 790-4545
MBruno@manatt.com

**manatt.com**

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.

---

**From:** Barth, Simon K. <sbarth@ftc.gov>
**Sent:** Thursday, September 3, 2026 10:42 AM
**To:** Bruno, Matthew <MBruno@manatt.com>; Stern, Bez <BStern@manatt.com>; Gaertner, Cassandra <CGaertner@manatt.com>; Zeiger, Sarah <SZeiger@manatt.com>; Drian, Joshua <JDrian@manatt.com>
**Cc:** pmcnulty <pmcnulty@ftc.gov>; lrivard <lrivard@ftc.gov>
**Subject:** RE: Additional Search Terms

**[EXTERNAL] Please do not reply, click links, or open attachments unless you recognize the source of this message and know the content is safe.**

---

Matt,

Please provide the hit rate for each of the FTC's requested search terms. Our proposals seek highly relevant information that is important to this case and was not sought by your proposed search terms. If any of our suggested terms are hitting on voluminous nonresponsive documents, however, we would be happy to work with you to adjust the terms. We cannot do this without knowing the hit rates.

Thanks,
Simon

**Simon Barth** (they/them)
Attorney | Federal Trade Commission
Bureau of Consumer Protection | Division of Marketing Practices
Org 1144 | Mail Stop GAO-5K21
600 Pennsylvania Avenue NW
Washington, DC 20580
Office: 202-326-3317 | Cell: 202-701-6600 | sbarth@ftc.gov

---

**From:** Bruno, Matthew <MBruno@manatt.com>
**Sent:** Wednesday, September 2, 2026 1:12 PM
**To:** Barth, Simon K. <sbarth@ftc.gov>; Stern, Bez <BStern@manatt.com>; Gaertner, Cassandra <CGaertner@manatt.com>; Zeiger, Sarah <SZeiger@manatt.com>; Drian, Joshua <JDrian@manatt.com>
**Cc:** McNulty, Connell <pmcnulty@ftc.gov>; Rivard, Lauren <lrivard@ftc.gov>
**Subject:** RE: Additional Search Terms

Thanks, Simon:

Defendants do not agree to add the FTC's proposed terms to the 300+ terms we have already prepared and used to conduct our collection and ongoing comprehensive review. The FTC has not taken issue with the terms we are using (nor could it, given the robust nature of our search terms and parameters). We see no legitimate reason to undertake the additional burden you seek to impose through your proposed terms, which hit on more than 1,000,000 additional documents. The burden on Defendants speaks for itself and is not proportional to the needs of the case. We trust you understand.

Matt

**Matthew Bruno**
Partner

**Manatt, Phelps & Phillips,** LLP
7 Times Square
New York, NY 10036
**D** (212) 790-4525 **F** (212) 790-4545
MBruno@manatt.com

**manatt.com**

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.

---

**From:** Barth, Simon K. <sbarth@ftc.gov>
**Sent:** Tuesday, September 1, 2026 3:34 PM
**To:** Bruno, Matthew <MBruno@manatt.com>; Stern, Bez <BStern@manatt.com>; Gaertner, Cassandra <CGaertner@manatt.com>; Zeiger, Sarah <SZeiger@manatt.com>; Drian, Joshua <JDrian@manatt.com>
**Cc:** pmcnulty <pmcnulty@ftc.gov>; lrivard <lrivard@ftc.gov>
**Subject:** RE: Additional Search Terms

**[EXTERNAL] Please do not reply, click links, or open attachments unless you recognize the source of this message and know the content is safe.**

---

Matt,

Please clarify whether the Defendants are searching for the terms we requested in my August 20 email.

Thank you,
Simon

**Simon Barth** (they/them)
Attorney | Federal Trade Commission
Bureau of Consumer Protection | Division of Marketing Practices
Org 1144 | Mail Stop GAO-5K21
600 Pennsylvania Avenue NW
Washington, DC 20580
Office: 202-326-3317 | Cell: 202-701-6600 | sbarth@ftc.gov

**From:** Bruno, Matthew <MBruno@manatt.com>
**Sent:** Thursday, August 20, 2026 7:51 PM
**To:** Barth, Simon K. <sbarth@ftc.gov>; Stern, Bez <BStern@manatt.com>; Gaertner, Cassandra <CGaertner@manatt.com>; Zeiger, Sarah <SZeiger@manatt.com>; Drian, Joshua <JDrian@manatt.com>
**Cc:** McNulty, Connell <pmcnulty@ftc.gov>; Rivard, Lauren <lrivard@ftc.gov>
**Subject:** Re: Additional Search Terms

Thanks, Simon:

We will revise and take these under advisement.

Matt

**Matthew F. Bruno**
Partner

**Manatt, Phelps & Phillips,** LLP
7 Times Square
New York, NY 10036
**D** (212) 790-4525 **F** (212) 790-4545
MBruno@manatt.com

**manatt.com**

---

**From:** Barth, Simon K. <sbarth@ftc.gov>
**Sent:** Thursday, 20 August 2026 19:47:39
**To:** Bruno, Matthew <MBruno@manatt.com>; Stern, Bez <BStern@manatt.com>; Gaertner, Cassandra <CGaertner@manatt.com>; Zeiger, Sarah <SZeiger@manatt.com>; Drian, Joshua <JDrian@manatt.com>
**Cc:** pmcnulty <pmcnulty@ftc.gov>; lrivard <lrivard@ftc.gov>
**Subject:** Additional Search Terms

**[EXTERNAL] Please do not reply, click links, or open attachments unless you recognize the source of this message and know the content is safe.**

---

Hi Matt,

Thanks for meeting today. I've attached a spreadsheet with the FTC's requested search terms in red. As you requested, for the additional searches, I've identified the relevant RFP in column A. Please let us know whether Defendants will include the FTC's requested searches in their review.

Thanks,
Simon

**Simon Barth** (they/them)
Attorney | Federal Trade Commission

Bureau of Consumer Protection | Division of Marketing Practices
Org 1144 | Mail Stop GAO-5K21
600 Pennsylvania Avenue NW
Washington, DC 20580
Office: 202-326-3317 | Cell: 202-701-6600 | sbarth@ftc.gov