# Exhibit 4

| Request | Searchable Set | Hits | Hits Including Family |
| --- | --- | --- | --- |
| All Documents | 3,351,447 | 133,772 | 170,727 |

| | ALL Documents | | |
|---|---|---|---|
| Search Term | Documents with hits | Documents with hits, including group | Unique Hits |
| OTL | 409 | 2,055 | 238 |
| over W/3 limit | 1,186 | 3,001 | 906 |
| OneTicket | 7 | 9 | 5 |
| Victory Live | 1,047 | 1,162 | 990 |
| deathbycaptcha | 18 | 18 | 16 |
| IPVanish | 71 | 123 | 13 |
| VPN | 6,470 | 7,867 | 1,033 |
| "Bright Data" | 2,930 | 3,057 | 22 |
| geosurf | 1,433 | 2,585 | 1,386 |
| gateway | 16,312 | 20,260 | 14,421 |
| MVNO | 12 | 17 | 5 |
| Ting | 6,757 | 11,282 | 2,121 |
| “denial of entry” OR "DOE" OR “denied entry” | 16,290 | 25,321 | 9,298 |
| primary W/3 cancel! | 114 | 171 | 35 |
| account* AND Crowdsource | 90 | 154 | 50 |
| account* AND "Crowd Source" | 138 | 171 | 9 |
| "U.S.C." W/5 "45c" | 302 | 669 | 53 |
| (ticket* OR account*) AND script | 7,331 | 10,425 | 3,585 |
| Fan Verified | 6,974 | 9,089 | 1,219 |
| account* W/5 lock* | 6,806 | 8,212 | 1,981 |
| security W/5 (“Ticketmaster” OR “TM”) | 432 | 885 | 108 |
| (“security” OR “rule*” OR “polic*” OR “TOS”) W/5 (“avoid” OR “circumvent” OR “get around” OR “bypass”) | 740 | 2,257 | 320 |
| (“buy” OR “bought”) W/5 “account*” | 12,087 | 20,566 | 4,795 |
| (“buy” OR “bought”) W/5 “code*” | 7,804 | 11,018 | 2,931 |
| virtual W/5 (card* OR account) | 10,897 | 12,290 | 3,024 |
| automat* W/5 (buy* OR purchas*) | 70,808 | 73,588 | 69,990 |
| retire* W/5 account* | 3,670 | 4,769 | 3,139 |