**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | |
|---|---|
| **Federal Trade Commission**,<br><br>Plaintiff,<br><br>v.<br><br>**Key Investment Group LLC, et al.**;<br><br>Defendants. | Case No. 1:25-cv-02716<br><br>**[Proposed] Order** |

Upon consideration of Plaintiff's September 29, 2026 letter concerning discovery disputes with Defendant Key Investment Group LLC, and any opposition thereto, it is hereby

ORDERED as follows:

1. All Defendants must include the following searches in their searches of the custodial documents for this matter:

   a. (ticket* OR account*) AND script

   b. "denial of entry" OR "DOE" OR "denied entry"

   c. account* W/5 lock*

   d. ("buy" OR "bought") W/5 "account*"

   e. ("buy" OR "bought") W/5 "code*"

2. Within 14 days of the entry of this Order, all Defendants must produce all nonprivileged documents containing the above search terms that are responsive to any of the following Requests for Production (RFP):

**RFP No. 13 [to Defendant Key Investment Group LLC]** Produce all Communications Concerning the following topics:

a) The Better Online Ticket Sales Act, 15 U.S.C. § 45c (the "BOTS Act");

b) Software that can be used to purchase or sell, or assist in the purchase or sale, of Event Tickets, including but not limited to internet browsers, internet browser extensions, IP proxy services, operating software for SIM boxes, or inventory management applications;

c) Security measures, whether specified or unspecified, on Ticketmaster's website or mobile application;

d) Your use of multiple debit card accounts, credit card accounts (including virtual credit cards), or prepaid card accounts;

e) Your use of SIM cards or SIM boxes;

f) Purchase limits on Event Tickets imposed by Ticketmaster or any other Ticket Issuer(s);

g) The creation, purchase, or acquisition of Ticketmaster accounts or other Ticket Issuer accounts to purchase Event Tickets;

h) The retirement of Ticketmaster accounts or other Ticket Issuer accounts used to purchase Event Tickets;

i) Consumers being unable or limited in their ability to purchase Event Tickets on the primary market (for example by Event Ticket prices or availability) in whole or in part because of Event Ticket purchases by You or other ticket brokers;

j) Ticketmaster's cancellation of purchased tickets;

k) Proposed legislation Concerning the ticketing industry.

**RFP No. 14 [to Defendants Front Rose Tix LLC, WLK Investments LLC]** Produce all Communications Concerning the following topics:

a) The Better Online Ticket Sales Act, 15 U.S.C. § 45c (the "BOTS Act");

b) Software that can be used to purchase or sell, or assist in the purchase or sale, of Event Tickets, including but not limited to internet browsers, internet browser extensions, IP proxy services, operating software for SIM boxes, or inventory management applications;

c) Security measures, whether specified or unspecified, on Ticketmaster's website or mobile application;

d) Your use of multiple debit card accounts, credit card accounts (including virtual credit cards), or prepaid card accounts;

e) Your use of SIM cards or SIM boxes;

f) Purchase limits on Event Tickets imposed by Ticketmaster or any other Ticket Issuer(s);

g) The creation, purchase, or acquisition of Ticketmaster accounts or other Ticket Issuer accounts to purchase Event Tickets;

h) The retirement of Ticketmaster accounts or other Ticket Issuer accounts used to purchase Event Tickets;

i) Consumers being unable or limited in their ability to purchase Event Tickets on the primary market (for example by Event Ticket prices or availability) in whole or in part because of Event Ticket purchases by You or other ticket brokers;

j) Ticketmaster's cancellation of purchased tickets;

k) Proposed legislation Concerning the ticketing industry.

**RFP No. 15 [to Defendants TotalTickets.com LLC, Totally Tix LLC]** Produce all Communications Concerning the following topics:

a) The Better Online Ticket Sales Act, 15 U.S.C. § 45c (the "BOTS Act");

b) Software that can be used to purchase or sell, or assist in the purchase or sale, of Event Tickets, including but not limited to internet browsers, internet browser extensions, IP proxy services, operating software for SIM boxes, or inventory management applications;

c) Security measures, whether specified or unspecified, on Ticketmaster's website or mobile application;

d) Your use of multiple debit card accounts, credit card accounts (including virtual credit cards), or prepaid card accounts;

e) Your use of SIM cards or SIM boxes;

f) Purchase limits on Event Tickets imposed by Ticketmaster or any other Ticket Issuer(s);

g) The creation, purchase, or acquisition of Ticketmaster accounts or other Ticket Issuer accounts to purchase Event Tickets;

h) The retirement of Ticketmaster accounts or other Ticket Issuer accounts used to purchase Event Tickets;

i) Consumers being unable or limited in their ability to purchase Event Tickets on the primary market (for example by Event Ticket prices or availability) in whole or in part because of Event Ticket purchases by You or other ticket brokers;

j) Ticketmaster's cancellation of purchased tickets;

k) Proposed legislation Concerning the ticketing industry.

**RFP No. 8 [to Defendants Elan Rozmaryn, Yair Rozmaryn, and Taylor Kurth]** Produce all Communications Concerning the following topics:

a) The Better Online Ticket Sales Act, 15 U.S.C. § 45c (the "BOTS Act");

b) Software that can be used to purchase or sell, or assist in the purchase or sale, of Event Tickets, including but not limited to internet browsers, internet browser extensions, IP proxy services, operating software for SIM boxes, or inventory management applications;

c) Security measures, whether specified or unspecified, on Ticketmaster's website(s) or mobile application(s);

d) Your use of multiple debit card accounts, credit card accounts (including virtual credit cards), or prepaid card accounts;

e) Your use of SIM cards or SIM boxes;

f) Purchase limits on Event Tickets imposed by Ticketmaster or any other Ticket Issuer(s);

g) The creation, purchase, or acquisition of Ticketmaster accounts or other Ticket Issuer accounts to purchase Event Tickets;

h) The retirement of Ticketmaster accounts or other Ticket Issuer accounts used to purchase Event Tickets;

i) Consumers being unable or limited in their ability to purchase Event Tickets on the primary market (for example by Event Ticket prices or availability) in whole or in part because of Event Ticket purchases by You or other ticket brokers;

j) Ticketmaster's cancellation of purchased tickets;

k) Proposed legislation Concerning the ticketing industry.

l) Ticket inventory management tools or platforms (e.g., TradeDesk, CSIM, Ticket Utils, SkyBox, Automatiq).

**SO ORDERED this ___ day of _______________, 2026.**

__________________________________

UNITED STATES DISTRICT JUDGE