manatt

**Matthew F. Bruno**
Manatt, Phelps & Phillips, LLP
Direct Dial: (212) 790-4525
MBruno@manatt.com

September 30, 2026

**VIA ECF**
Hon. George L. Russell, III
United States District Court for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

**Re: *Federal Trade Commission v. Key Investment Group LLC, et al.*, Case No. 1:25-cv-02716-GLR: Motion to Compel Briefing Schedule**

Dear Chief Judge Russell:

We represent Defendant Key Investment Group LLC ("KIG") in the above-referenced action and write, with counsel for Non-Parties Senators Ben Ray Luján and Marsha Blackburn (collectively, the "Senators"), regarding the parties' proposed briefing schedule in relation to KIG's pending Motion to Compel, which was transferred to Your Honor from the District Court for the District of Columbia.

By way of background, on August 11, 2026, KIG filed the Motion to Compel in the United States District Court for the District of Columbia. On August 22, 2026, the district court stayed briefing on the pending Motion to Compel and issued an order to show cause why the matter should not be transferred to this Court. KIG did not object to the transfer and, on September 11, 2026, the district court ordered that the case be transferred to this Court and directed that the transfer be completed by September 24, 2026. The transfer was timely completed as ordered by the district court and is filed at ECF No. 96. In light of the transfer and the parties' agreement, KIG and the Senators respectfully propose the following briefing schedule:

- **October 7, 2026**: Deadline for Senators Opposition to KIG's Motion to Compel
- **October 21, 2026**: KIG's Reply in Support of its Motion to Compel

The parties respectfully request that the Court enter this proposed schedule.

Dated: September 30, 2026

Respectfully submitted,

**MANATT, PHELPS, & PHILLIPS LLP**

By: /s/ *Matthew F. Bruno*
Matthew F. Bruno (pro hac vice)
7 Times Square
New York, NY 10036
Phone: (212) 790-4626
mbruno@manatt.com

By: /s/*Morgan J. Frankel*
Morgan J. Frankel
Patricia M. Bryan
Thomas E. Caballero
Vivian M. Rivera
Office of Senate Legal Counsel
642 Hart Senate Office Building
Washington, D.C. 20510

Phone: (202) 224-4435
morgan_frankel@legal.senate.gov
pat_bryan@legal.senate.gov
thomas_caballero@legal.senate.gov
vivian_rivera@legal.senate.gov

*Counsel for Senators Ben Ray Luján and Marsha Blackburn*

Bezalel A. Stern
Joshua N. Drian (pro hac vice)
1700 M Street NW, 4th Floor
Washington, D.C. 20036
Phone: (202) 585-6500
bstern@manatt.com
jdrian@manatt.com

*Counsel for Key Investment Group LLC*

SO ORDERED.

Dated: September ___, 2026

__________________________________
HON. GEORGE L. RUSSELL, III
Chief Judge, United States District Court
for the District of Maryland